1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102-3495
   Telephone: (415) 436-7124
6  Fax: (415) 436-7169

7  Attorneys for Federal Defendant
   Bureau of Diplomatic Security,
8  San Francisco Field Office,
   U.S. Department of State

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12
   EOWYN, CTS. DE LA VEGA,                  )
13                                          )   CV CASE NO. C- 5734
                  Plaintiff,                )
14                                          )
           v.                               )   **NOTICE OF REMOVAL**
15                                          )
   BUREAU OF DIPLOMATIC SECURITY,           )
16 SAN FRANCISCO FIELD OFFICE,              )
   U.S. DEPARTMENT OF STATE,                )
17                                          )
                  Defendant.                )
18 _____)

19         TO:   Clerk, San Francisco Superior Court
                 400 McAllister Street, Room 103
20               San Francisco, California 94102

21               Eowyn, Cts. de la Vega
                 480 Ellis Street #258
22               San Francisco, California 94102

23         PLEASE TAKE NOTICE that on this day Case No. CGC-07-464542 pending in the San

24 Francisco Superior Court is being removed to the United States District Court for the Northern

25 District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1) on behalf

26 of federal defendant Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of

27 State. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby

28

NTS OF REMOVAL
*De la Vega v. Bureau of Diplomatic Security*      -1-

present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On June 22, 2007 plaintiff Eowyn, Cts. de la Vega filed a complaint in the San Francisco Superior Court against the Bureau of Diplomatic Security for "vicious violations of diplomatic protocol practiced against moi a.factos.since 1955." Plaintiff seeks $500,000.00 in damages.

2. On November 1, 2007, the U.S. Attorney's Office received a copy of Plaintiff's Declaration filed on October 2, 2007 from the Bureau of Diplomatic Security. The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint as required by Rule 4, Fed.R.Civ.Proc. Copies of the Summons and Complaint were obtained from the superior court. Copies of the Summons, Complaint, and Plaintiff's Declaration are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleading, or order which have been received. There has been no trial in superior court.

3. Removal of this action to the United States District Court is made pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1) because plaintiff seeks monetary damages from a federal agency. The United States of America is the only party who may be sued in a tort action involving a federal agency. Original and exclusive jurisdiction lies in a federal forum under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.

4. A copy of this Notice is being filed with the Clerk of the San Francisco Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: November 3 2007          By:  _Juuren fu_____
                                     ILA C. DEISS
                                     Assistant United States Attorney

NTS OF REMOVAL
*De la Vega v. Bureau of Diplomatic Security*     -2-

# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: BUREAU of Diplomatic
(AVISO AL DEMANDADO): Security
SF FIELD OFFICE
KLEID SF   USA DEPT of STATE

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
EOWYN, CTS. de la Vega
480 Ellis St. #258
jactos. es. foam.    SF CA 94102

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:  400 McAllister Street
(El nombre y dirección de la corte es):  SAN FRANCISCO, CA
94102

CASE NUMBER:
(Número del Caso):  CGC-07-464542

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
EOWYN CTS. de la Vega
480 Ellis Street #258
San Francisco, CA 94102

DATE:  JUN 2 2 2007    Clerk, by  Gordon Park-Li    Deborah Steppe    , Deputy
(Fecha)                  (Secretario)                              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. [  ] as an individual defendant.
2. [  ] as the person sued under the fictitious name of (specify):

3. [X] on behalf of (specify): CTS. de la Vega; JACTOS + HAZARD SF

under: [  ] CCP 416.10 (corporation)    [  ] CCP 416.60 (minor)
       [  ] CCP 416.20 (defunct corporation)    [  ] CCP 416.70 (conservatee)
       [  ] CCP 416.40 (association or partnership)    [  ] CCP 416.90 (authorized person)
       [X] other (specify): Treaty CALIF. REP. 9/9/1850 de la Vega
4. [  ] by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

EXHIBIT
A

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
EdwYN v.b.b. Cts de la Vega
480 Ellis Street # 258
San Francisco, CA 94102
TELEPHONE NO. (415) 202-9800   FAX NO.: N/A
ATTORNEY FOR *(Name):* in propia persona

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: " " " "
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: CIVIL new FILINGS

CASE NAME: EdwYN, Cts. de la Vega
(v) BUREAU of DIPLOMATIC SECURITY

FOR COURT USE ONLY

**FILED**
San Francisco County Superior Court

JUN 2 2 2007

GORDON PARK-LI, Clerk
BY: _Deborah Steppe_
DEBORAH STEPPE, Deputy Clerk

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited   ☐ Limited | ☐ Counter   ☐ Joinder | CGC-07-464542 |
| (Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: |
| | | DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☒ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)
"broken-seals"
tehran . jactos opp.

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☒ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Type of remedies sought *(check all that apply):*
   a. ☒ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive

4. Number of causes of action *(specify):*

5. This case ☒ is ☐ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 6/20/07
EdwYN v.b.b. Cts de la Vega
*(TYPE OR PRINT NAME)*     Edwyn VBB Cts de la Vega
*(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**

American LegalNet, Inc.
www.FormsWorkflow.com

Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| EOWYN v.b.b.CTS.de la Vega 480 Ellis Street #258 SAN FRANCISCO, CA 94102 TELEPHONE NO: (415) 202-9800 FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): in propia persona | **FILED** San Francisco County Superior Court **JUN 2 2 2007** GORDON PARK-LI, Clerk BY: _Roland Stiger_ DEBORAH STEPPE, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: " " " "
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: CIVIL new FILINGS

| | |
|---|---|
| PLAINTIFF: EOWYN, CTS. de la Vega | CASE MANAGEMENT CONFERE... ... |
| DEFENDANT: BUREAU of DIPLOMATIC SECURITY OF FIELD OFF, USA DEPT ~~DOES 1 TO~~ KLEID. (SP) of STATE | **NOV 2 1 2007 -9:..M** |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death [ ] AMENDED (Number): Type (check all that apply): [ ] MOTOR VEHICLE [X] OTHER (specify): CALIF. REPUBLIC [ ] Property Damage [X] Wrongful Death Treaty Sept 9, 1850 [ ] Personal Injury [X] Other Damages (specify): Colobrus 2 | DEPARTMENT 212 **SUMMONS ISSUED** |
| Jurisdiction (check all that apply): [ ] ACTION IS A LIMITED CIVIL CASE Amount demanded [ ] does not exceed $10,000 [ ] exceeds $10,000, but does not exceed $25,000 [X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) [ ] ACTION IS RECLASSIFIED by this amended complaint [ ] from limited to unlimited [ ] from unlimited to limited | CASE NUMBER: **CGC-07-464542** |

1. Plaintiff (name or names): EOWYN, CTS. de la Vega.
alleges causes of action against defendant (name or names): vicious violations of diplomatic
protocol practiced against mia.-factos. since 01955.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

✓3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [X] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [X] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [X] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [X] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

SHORT TITLE: *EDWYN, v.b.b. CTS. de la Vega* (VS) BUREAU of DIPLOMATIC SECURITY    CASE NUMBER:

4. ☒ Plaintiff *(name):* *EDWYN v.b.b. CTS. de la Vega Suly S.C.W. du Rothschild*
   is doing business under the fictitious name *(specify):* CLOAKED. ADOPT. jactos. 1955 refers.
   *Victoria Beatrice (v.-Gustafson) BLACK - AQUIRRE (Garcia)*
   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☒ other *(specify):* by Diplomatic
   REVIEW, Known: BUREAU of Diplomatic Security
        SF FIELD OFF. USA Dept of STATE

   c. ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):*_____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):*_____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):* KLEID. BO - BCD.
   O EO SFDA Invest. 03/06/03
   # 030 - 904 - 422
   2. foam. Opp.

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area. SF CA. USA
   d. ☐ other *(specify):* (SP) BORDEN, evic (RTA) 4 broken - seals Tehran
   (VS) jactos. Opp. foam. 2 BREAKS; p. 52 DISPLAY, DISTURBED 2005;
   my 2 focus; 1954; 500 p. 500 sc. 500 windows - J Pkt off
   Desire. 10 BATH ST.

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*
   -es te/ne COBRA -

PLD-PI-001

SHORT TITLE: EOWYN v/b.b. Cts. de la Vega VS BUREAU of Diplomatic Security

CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other (specify):

micro film
Opp. was my teacher.

ADVANCED. STUDIES. Harvard. Einstein, my mentor E=mc2 Princeton, find attached samps failures of diplomatic security, and, NOTICE= desire (M) serve all ANDROPOV. holy virgin cathedral

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property   Due KLEID (SP) BORDEN-eoie. 'broken-
   c. ☒ hospital and medical expenses   seals- attaches VERACITY to my (18) colobrus
   d. ☒ general damage   Machines. factos @ LOS ALAMOS NAT'L LABS-
   e. ☒ property damage   Comp : 'broken-seals' choke. table. tewron coker,
   f. ☒ loss of earning capacity
   g. ☒ other damage (specify): quartz. mine. 4/13/07 is available to this defendant, known= STATE DEPT entity—upon favorable INJUNCTION processes ie. EXAMINATION viol. CLOAK-ADOPT. 1955. CA. to comprehend the grave crimes committed against an a PRODIGY during CRISIS- 'broken-seals' FRAN.

12. ☒ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☒ as follows: I was born on England, @ the BUCKINGHAM PALACE. my grandmother is HRH Wallis Field de la Vega S.C.W. DUCHESS of WINDSOR. I have lived in CA, and NYC (USA) since 1955... with no reprieve from CLOAK. ADOPT. since 1969... I have no word of my FAM: S.C.W-du Rothschild since BQ KLEID+. 1957. the defendant fails CRISIS-'broken-seals' due

13. The relief sought in this complaint is within the jurisdiction of this court. the defendant HAS REFUSED to ANSWER KLEID- 2 lawsuits since 2006, on which I petitioned the defendant to REMEDY these violations of a courtesy,

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable, and for Advise and Consent.
   a. (1) ☒ compensatory damages   Advise and Consent. KLEID. 'broken-seals'
      (2) ☐ punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☐ according to proof   USA
      (2) ☒ in the amount of: $ 500,000

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers): that the CRITICAL nature of the crimes "committed against an atomic scientist (and, genetic-replicator)" by the defendant, are SO= DEGREES of (FNO) (R7A) ie. MAGNIFICATIONS: BORDEN.

Date: 6/20/07

EOWYN, Cts. de la Vega
(TYPE OR PRINT NAME)

► Eowyn, Cts. de la Vega
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

EOWYN v.b.b. Cts. de la Vega
480 Ellis Street #258
San Francisco, CA 94102

TELEPHONE NO.: (415)202-9800  FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): in propria persona

FOR COURT USE ONLY

~~ENDORSED~~
**F I L E D**
San Francisco County Superior Court

JUN 22 2007

GORDON PARK-LI, Clerk
BY: DEBORAH STEPPE
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: " " "
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: CIVIL new FILINGS

PLAINTIFF/PETITIONER: EOWYN v.b.b. Cts. de la Vega
DEFENDANT/RESPONDENT: Bureau of Diplomatic Security

T esseor. KLEID.   DECLARATION   TO COMPLAINT on (2) parts

CASE NUMBER: CGC-07-464542

the State Dept. Bureau of Diplomatic Security USA has violently
FAILED to REMEDY (SP) BORDEN. eric (RIA) AS TO IMPERIL
my LIFE, an a tonic prodigy - factos. by CAUSE: 'broken-
seals' the plaintiff HAS FAILED Diplomatic PROTOCOL:
established by the FACT that a BREAKS. have occurred
in SANFRANCISCO, CA 2005 @ SF Main Library - PEDATOR(S)
SOUGHT, [INDEX] p 52 DISPLAY, DISTURBED. <a/dart> BROWN-
HIVE: columns, chem anay. foam. my 1954 a 'focus' the
most dangerous a 'focus' ever built HAG 'the purple
take' @ Arlington Residence 480 Ellis St SF CA (VAT)
(INQ) and Mcrae - RASPUTIN - cult † ice heresies ☿ ♂
moi a freely tsarina PIONEER ··· GARBO'S neice.

a BREAKAGE is not an academic issue = IN (2)
PARTS, due DECLARATION to COMPLAINT =
I. (6) pgs. EXHIBITS - 'Stacking BLOCKS' @ SF court
house = the only venue, LATERAL = LAW allowed to moi a
despite TS. colorous. mine. @ LOS ALAMOS NAT'L LABS
This BLOCK stacking caused LOSS of BCD - BLOCK 2006,
which I rehabilitated BCD - LOG cc: U.N. ISRAEL
II. (10) pgs. EXHIBIT @ STATEMENT of VERACITY = a. allows
TS. (M) serve all ANDROPOV @ holy virgin cathedral SF CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 6/20/07. KLEID.

EOWYN v·b·b. Cts. de la Vega
(TYPE OR PRINT NAME)
- es officer. b. 2/26/51
- S·C·W. du Rothschild
λAMB. BQ KLEID †.

Eowyn VBB Cts de la Vega
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

(SP) KLEID. BORDEN DECLARATION to 'broken-seals'
EXHIBITS attached I R A N

Page 1 of 1

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** MERCY HOUSE CALIFORNIA
**(AVISO AL DEMANDADO):** known
MERCY CHARITIES HOUSING CALIF.
1360 Mission Street
SAN FRANCISCO, CA 94103

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**YOU ARE BEING SUED BY PLAINTIFF:** Eowyn, Crs. de la Vega
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
480 Ellis Street #258
San Francisco, CA
94102

Jactos. es. foam.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:  400 McAllister Street | **CASE NUMBER:** CGC-07-464019 |
| (El nombre y dirección de la corte es):  SAN FRANCISCO, CA 94102  SUPERIOR COURT | *(Número del Caso):* |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

**DATE:**
(Fecha)

Clerk, by _____, Deputy
(Secretario)   HAZARD   (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

BLOCK-
KLEID. STACKING
BCD

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): MERCY HOUSE CALIFORNIA

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☒ other (specify): THE TREATY SEPTEMBER 9 1850
4. ☐ by personal delivery on (date):  CALIF. REPUBLIC

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

EXHIBIT (SP) BORDER SUMMONS (M) KLEID.
gland.

SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com



**SUMMONS**
(CITATION JUDICIAL)

**FOR COURT USE ONLY**
(SOLO PARA USO DE LA CORTE)

SUM-100

NOTICE TO DEFENDANT: St. Vincent du Paul Society
(AVISO AL DEMANDADO): known Catholic Charities
169 STILLMAN STREET
SAN FRANCISCO, CA 94103

This seal is not to be used against de la Vega & Scientist (Dr.) Treaty 9/9/1850 CA REP. viol.

YOU ARE BEING SUED BY PLAINTIFF: EOWYN, Crs. de la Vega
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
48 Ø ELLIS Street #258
San Francisco, CA 94102

jactos es foam.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: 400 McAllister Street | CASE NUMBER: (Número del Caso): CGC-07-464019 |
|---|---|
| (El nombre y dirección de la corte es): San Francisco, CA 94102 SUPERIOR COURT | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

BLOCK STACKING BOB

DATE:
(Fecha)

Clerk, by HAZARD
(Secretario)

, Deputy
(Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served    KLEID.
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): St. Vincent du Paul Society

under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☒ other (specify): The Treaty September 9, 1850 –
4. ☐ by personal delivery on (date): CALIF. REPUBLIC

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

EXHIBIT SP BORDEN eric   SUMMONS   Ⓜ KLEID. 9 land.

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT** Consulate-General INDIA
*(AVISO AL DEMANDADO):* 540 ARGUELLO BLVD.
San Francisco, CA 94118

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
EOWYN, CTS. de la Vega
480 Ellis St #258
SF, CA 94100

jactos. es. foam.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/español), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/español) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: 400 McAllister Street
*(El nombre y dirección de la corte es):* San Francisco, CA
94102    SUPERIOR COURT

CASE NUMBER: PIONEER
*(Número del Caso):* serve all

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

'broken-seals'    STACKING BLOCKS — BCD. BO.

**DATE:**    Clerk, by DARE-FAM (FATE) , Deputy
*(Fecha):*    *(Secretario)* 250 mil jap yen    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served KLEID , .

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Consulate-General INDIA
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* The TREATY Sept. 9, 1850 CALIF. REP.
4. ☒ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

EXHIBIT SP BORDEN SUMMONS M KLEID.
eric    gland.

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

SUM-100

**SUMMONS**
**(CITACION JUDICIAL)**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: Consulate-General
(AVISO AL DEMANDADO): PHILIPPINES
447 Sutter Street
SAN FRANCISCO, CA.
94108

YOU ARE BEING SUED BY PLAINTIFF: ·
(LO ESTÁ DEMANDANDO EL DEMANDANTE): ·
EDWYN Crs. de la Vega
480 Ellis St. #258
SF CA 94102

Factos. es. foam.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: 400 McAllister Street | CASE NUMBER: PIONEER |
| (El nombre y dirección de la corte es): SAN FRANCISCO, CA 94102 | (Número del Caso): serve all (M) |

SUPERIOR COURT

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

`broken-seals` STACKING BLOCKS. BCD. BØ.

DATE:                     Clerk, by DARE-FAM FATE , Deputy
(Fecha)                   (Secretario) 250 mil jap yen      (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served      KLEID.
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): Consulate-General PHILIPINES

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☒ other (specify): The TREATY, SEPT. 9, 1850 CALIF. REP.
4. ☐ by personal delivery on (date):

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use      EXHIBIT (SP)BORDEN (M) KLEID.
Judicial Council of California                eric        gland.
SUM-100 [Rev. January 1, 2004]      SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** Consulate-General
**(AVISO AL DEMANDADO):** SWITZERLAND.
456 Montgomery St.
San Francisco, CA 94104

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
EDWYN v.b.b. CTS. de la Vega
480 Ellis St #258
SF CA 94102           factos-es-fam

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is: 400 McAllister Street
(El nombre y dirección de la corte es): SAN FRANCISCO, CA-94102

**CASE NUMBER:** Pioneer 3
**(Número del Caso):** serve all (M)

SUPERIOR COURT

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
'broken-seals'   STACKING BLOCKS - BCP. BQ 19/2nd.

**DATE:** _____   **Clerk, by** DARE-FAM-FATE , **Deputy**
**(Fecha):**         **(Secretario)** 250 mil jup yen   **(Adjunto)**

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED: You are served** KLETD-
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): Consulate-General SWITZERLAND
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other (specify): THE TREATY SEPT. 9, 1850 CALIF. REP.
4. ☐ by personal delivery on (date):

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

EXHIBIT (SP) BORDEN (M) KLETD.
eric SUMMONS g 1 2nd.

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

**SUMMONS**
**(CITACION JUDICIAL)**

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** Consulate-General MEXICO
**(AVISO AL DEMANDADO):** 532 FOLSOM
San Francisco, CA 94105

cerca de May. 1889

2 BREAKS
@ CA COURTHOUSE
SF CA

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** EDWYN, CTS de la Vega
480 Ellis St. #258
SF CA 94102

factos-es-foam.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: 400 McAllister Street
(El nombre y dirección de la corte es): SAN FRANCISCO, CA 94102

CASE NUMBER: PIONEER
(Número del Caso): serve all

SUPERIOR COURT

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

'broken-seals' STACKING BLOCKS BCD-BD

DATE:                                 Clerk, by    DARE-FAM-(FATE)           , Deputy
(Fecha):                              (Secretario)  250 mil jap yen            (Adjunto)

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served   KLEID-
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): Consulate-General MEXICO

under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)            ☐ CCP 416.70 (conservatee)
☒ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☒ other (specify): The TREATY Sept. 9, 1850 CALIF. REP.
4. ☒ by personal delivery on (date): 

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

EXHIBIT (SF) BORDEN
                 Eric     SUMMONS (M) KLEID-
                                        gland.

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

Page 1 of 1

SHORT TITLE: EOWYN v. b, b. CTS. de )a Vega-
(v.) BUREAU of DIPLOMATIC SECURITY     CASE No.

1  I herein state unequivocably, that all these matters
2  of CONTESTED INTELLIGENCE ce. 'broken-seals' IRAN
3  as CRITICALLY JEOPARDISE TS. a processes, known-
4  ADVANCED STUDIES. Opp. factos. ARE ALSO issues that
5  pertain to my a TS. ID. processes (ie. LOS ALAMOS
6  NAT'L LABS, and, SANDIA) and EXPERTISE, heirdom;
7  and, also CRIMES committed by Placelio CLOAK. ADOPT.
8  (Aguirre-Garcia) as well as, CRIMES committed against
9  ACTUAL. CLOAK. ADOPT. (v. Gustafson-BLACK) 1955. ie-
10  violations of CHILD LABOR LAWS: my 1961 auto-body designs to
11  suit the 6-cylinder engine (ie. CROWN-Victoria sedan); and, (e) (e)
12  THE HOURS. nine @ The New Yorker mg. 1993-foam. AND STOLEN
13  letters fo my children ce. GWEN STEFANI BELIEVE, JUST BREATHE, etal.
14  I have been DENIED ACCESS to my ACTUAL FAM. fief de la Vega
15  S.C.W. du Rothschild-von Hapsburg-von Gustafson since 1955;
16  and, my (3) children, since 1991 (RTA) (SP) BORDEN. KLEID·
17  Die balmoral grey tartan-ALSO CRIMES of HARVEST against my
18  kennels, stables, aviaries, 'emmonent peril' SHALL BE VERIFIED
19  One deviousness thereof by REMEDY-a RELIEF-ACTUAL EXHIBIT
20  montes --to oppose Placelio EXHIBIT issued 3/12/06 COST-CO SECA.
21  pour P52 DISPLAY, DISTURBED. my 1954 a 'focus' 500 sc-
22  500 p. 500 windows. foam-CTS. de la Vega --- 2006, Nov. 12
23  SPAT. (12) Cards...a sc. 'the, nymp'. mine. a, dart. BROWN,
24  splenglers. marika: these issues MY FAME. fief PIONEER
25  established by TS. (M) 'serve all' ANDROV, as follows, attachments
   (10) pgs.

26  (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line
   numbers):       PART II,
27  This page may be used with any Judicial Council form or any other paper filed with the court.   Page ___

Form Approved by the
Judicial Council of California
MC-020 (New January 1, 1987)
Optional Form

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

from Yulia de "Millega Romanov (ESTAZ) PIONEER (M)
480 Ellis St.
San Fran, Ca. 94102

$\boxed{\text{Serve al}}$ ANDROPOV

my aunties Romanov. BO KLEYD-WIRES...
RE-SALE ... tambien.

It is too bad, the costs of these postage
endeavors is so prohibitive - and, that

QUEST X
RESCUE
pour ABSOLUTE

IRAN $\underset{BO}{\odot}$    SENSITIVE

option - to - buy
in Good FAITH ☥⊕☯☮
security artifact
EXPOSURE Ⓜ

MORE PERSONAL FILES, contrasts, dimensions,
COPIES COORESPONDENCE ie "Fluffy Ⓜ ONASSIS
"found 'security-artifact' @ Holy Virgin
Cathedral, S.F. Ca. nr. Christmas 2005"
(w combo address / telephone # in russian, eng.
re: EXPOSURE - SS - canna, et al ... pour
CUSTOMS - AeroFlot specifically espionage
info - contacts, references to Beatrice Maude's
sister, Lucy Joughin (Xerox - Conn., Mass. USA)
and LBS .04 ... it is appx 5"x 7½". RED,
Gold lettering — dated applies vintage Prince
Charles ART HEISTS, mine (DURER, GOYA,
da Lumpika, Woolf)" I AM OFFERING IT ②
—————— 1 IN A ② show GOOD FAITH" for
SENSITIVE E/CONSENT Eowyn, Eowyn.

BLOODY SUNDAY Derry, PUTIN & P. Wales 'broken seals'

Respondez pour HRH Rose S.C.W.
du Rothschild, Bank of England
250 mil Jap. yen + @ KENT
Balmoral Grey, SCOTLAND

certe

SORBONNE
PRADO

~ NOTICE of ACHIEVEMENT ~

ACCOMPLISHMENT PENDING SCIENTIFIC
RELIEF per REMEDY, SUM HIV infection, viral —
COMPLETE folio, signe per serum mino r2 ...
utilizing stem-cell proteins FORMULAC ... THIS
DAY June 5, 2006 @ Arlington Residence 480
Ellis Street San Francisco Calif. room 252,
moi & Cta. de la Vega, Eowyn V.B.B. Jactos 1954
mentors: Rob Op 3 Al Cir 3 Fieu A ... did of my own
effort, unaided by any other person(s) ... write
serum mino r2, Rx splice-replicate, which Rx
formular-equation (which Rx) is in my own
Journal X : I wish the kindest future for all of
us on this planet, Earth. Please accept my gratitude
for any help given to me, prodigy; during these tragic
decades of epidemic ... herein find billet per my nec-
cessary departure from Arlington Residence per
SAFETY, SECURITY; and itemized Assist Monies, 2
Patent Costs to facilitate immediate Exposé = Rx
serum mino r2   CONGRATULATIONS! Eowyn o'Rohan
© EVBB 2006,5,4   Billet Participatory —   (6) ACCESS ID.

focus 500se.



ANDROPOV
Holy Virgin Cathedral
Christmas, 2005

ROWYN V.O.B. ROWYN

This pg ONLY copy 8/08/06 11ᵗᵒ20am
@KINKO'S Pine & Montgomery
SF CA

U$A SS#                                    eⴰ BCD
CA ID#                                     eⴰ BCD

useryu E®  ➔  ⟩example: "5915" ℗Charles
Serve all Ⓜ ANDROPOV TS. g/and.

---

TRAVEL BARGAINS                 800
   Plymouth Meeting, PA      872-8385

Rev. Gregory Telepneff
   91 Lakeshore Court
   Richmond  CA  94804

IWA

Bishop TIKHON
   OCA

STOP & GO

_Sirichi, Veronica_
5915 _Linny Kira_
_Бера Андреевич Терезка_

_Триот и филиадис_
   Pacifica

LOCAL ARTIST:
Joanna Zjawinska

Serve all
GREECE, MRH ROSE          5890315
         SCW. DU ROTHSCHILD

MARTIFACT, Pioneer (T-K2) WINGS of the WORLD

August 8, 2006

from: EOWYN, HRH Romanov fre PIONEER, JALTOS 1954
Cts. de la Vega
480 Ellis Street
San Fran, Ca. 94102

to U.N. Missions (SP)
(United Nations)
named herein:

Please find attached copy (2)
of "SERVE-ALL" pgs. (2)
from ¥ (6) © + (SS) canna
(M) exposure
security artifact

IRAN
Persia pour
Tehran

(u) entries, notes concurrent several decades
to ISOLATION BANKING canna, int'l... references:
Aeroflot fertilizer, Frey, Railroad Ave (FATE) therein @
THE NEW YORKER, NATO, Serbia, LAKE - Bloody Sunday:
re. "plumber?... XEROX (BM) (LBS) (.04) (HMX) SERVES ALL.
This artifact (M) LIVE compiled reference Romanov
is for SALE & RESALE increasing its SENSITIVITY.
I will not accept less than $500,000.00 USA, con-
vertible to drachma gsk... EURO $ NOT WELCOME HERE.
This OFFER-GOOD until September 27, 2006.
Please sign duplicate, as artfully as qualified nations
listed, are members United Nations ie U.N., New York:
and, return to me, & EOWYN, EOWYN, Cts. de la Vega ASAP,
cyou receive these copi... normal to USA Post. by,
PIONEER Thank you, Eowyn o Rohan

IRAN

'broken-seals'

see this (Spec) page: <u>WiNGs of the WORLD</u>
<u>Security artifact</u>

Kenneth Landers "Karl" John Mark Karr
(A) Auburn  SF CA  Mirna-Bonet  Trust 8/16/06

Cus SPEC D indicates a incurable psychopathy

continuous griet (Spec) Richard Cooper
1992 — 2003, 4, 5, 6
MUNi, Fillmore Height
Geary Blvd  C.C. 14th
/Dulce

life



TRANSMISSION VERIFICATION REPORT

TIME : 09/27/2006 13:38

| DATE,TIME | 09/27 13:35 |
| FAX NO./NAME | 19163242618 |
| DURATION | 00:02:40 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD ECM |

Cope

FTB — Mr. Ambrose
SACTO
RESPONSE

SP — TK2 cards ...

WINGS of the WORLD Security Orbital BO

... your TTC held back mail succeeded to give ... SS mail your TTC had caused SSI chk to be discont'd (i) to alert P.O. UPA to discont. mail @ TTC — another copy (w) Heather Allen letter: DAU: SSI chk Oct. '06 arrived Arl Res'. blue envelope marked: RECIPIENT DECEASED /4/06

... Kimjungillson ...

serums extensive © BVBB 9/27/2006  M



**U.S. Postal Service Delivery Con____at___ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*

Postmark Here

SAN FRANCISCO, CA 94115  STEINER ST STA  NOV -2 2006  USPS

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[X] Priority Mail™ Service
[ ] First-Class Mail™ parcel
[ ] Package Services parcel
*(See Reverse)*

PS Form 152, May 2002

GAVIN NEWSOM, MAYOR

Nuclea Gonzalez
ARMINA BROWN
MAYOR'S OFFICE MANAGER

OFFICE OF THE MAYOR
CITY HALL, ROOM 200
1 DR. CARLTON B. GOODLETT PL
SAN FRANCISCO, CA 94102

(415) 554-6141
415.554.6160 FAX
armina.brown@sfgov.org

---

Ammiano – 819313
delivered 11/15/06

DALY — 819278
819279
delivered 11/13/06

Mayor's Off
'broken-seals'

Wings of the Worldfair
HAZARD
postal receipt
pour

PEER Journal

+ Nov. Security
ⓜ receipt Ⓜ ANDROPOV serves all TS.
US/A Post,
Post OFF

9/14/06 via US/A post
Security album
(you have this receipt) 9/14/06

You: attaché, diplomatic @ UN GREECE)

you have }
my }
permission }

if you cannot
prove, approve AUTHENTICITY
of the Ⓜ ANDROPOV
serve all — security album

specter a EOR

please transfere
this Ⓜ serve all security artifact – Album
to Russian Federation @ U.N. Security Council — Then
the LIEN transfers to Ⓜ FBS – FSS – PUTIN, Pioneer
specter

holy virgin cathedral

Wings of the WORLD BO

peer report ✝

JANUARY 2007 2
jactos, E = mc2
½

o o o

tu' UNITED NATIONS
charter member
General Assembly
GREECE

moi a Cto. de la Vega
refer to same address
c/o Arlington Residence
SF CA USA... even
if forwarding of
my mail should
occur, pour relocation



· NOTICE · OF ·
· AUTHENTICITY · DUE ·

freRe S.C.W. de la Vega von
Gustafson du Rothschild
※ N.R.H Corwyn...
Pioneer, E. Stacy ✝

Ⓜ serves all GREECE
security artifact
holy virgin cathedral ... Sept. 14, 2006: otherwise,
this · NOTICE · OF · AUTHENTICITY · DUE · is transformed
as: freRe S.C.W. von Gustafson NOTICE · OF · LIEN...
DESIRE DESIRE DESIRE DESIRE DESIRE DESIRE
the accounted sum: $500,000 — (USA) easily con-
vertible by drachma, one-half ie. $250,000 (USA)
DUE moi & peer-of-the-realm: GREECE IMMEDI-
ATELY OF THE DATE OF THIS PEER REPORT----
January 1, 2007... obviously, I never fail, The essential,
Corwyn of Rohan  e

copy a a ② Prussian
Fed
& UN
Sec Coun

transfer to Russ UN Sec Coun
if Greece cannot
prove, approve
AUTHENTICITY
LIEN transfere (w) M artifact
to Russia - PUTIN

regarding social change(s) and cannabis: does cannabis actually "alter moods"? as can be considered (a "mind-altering" y — a "mood-altering substance"?

well, it depends how you perceive stimuli... for instance, how one perceives a candle... even, the flame of a candle... comparatively to how one perceived an electric light, a light bulb... is not an issue of social change. God forbid how a gang might receive a candle! a gang's per- ceptions are totalitarian, a shifting, selfish well... what a gang might do with a candle ie. satanic sacrifice of your pets, babies, and pregnant women... sadly justifies discussions of social change; as created by means of mood altering substances. gangsters are moodless! but, deprive peoples in-reaction to gangs, who are themselves, competent persons... ergo, the intelligentsia... and social change will become a painful thing: From GANGS, UPSTARTS, VILLAINS, ETC... A L W A Y S! Anarchist embers

from (M) serve all 3 2.007 ⑤ EVBB a form ⑦ Putin
LIEN: $500,000 USA
cc: Ms. S. Royd ⑥ @ U.N. FRANCE
⑥ @ABB a 2007

Justifies how lost is Calif. Cause: its own future... as it cont's status-quo. that, it is not my inclination to parti- cipate in political debate; as unbiased, ineff...

do not have any plans to draw-up plans, 's of exam and BEGREES: EXQUISITORY, Calif; from WASH-DC, that force us DEGREES = WAR --- to establish AT: SECESSION; but, I promised ...your listening, but I would give incinerated it; secession --- 13 mnths meant your briefs to me... & my participation, under what of stability "etc." "etc. etc. "ie.
"etc. etc. etc." *

EVBB a 2007
from the KING & I "... the story of my

HEBREW

Twig II   6/14/07   KINKO'S
'broken – seals'

HARRIS
Toy Fast   STATE
AY 15/04

de la Vega

LAS

KIRBACK
Texas

Superior Court of California,
County of San Francisco
Civil/Small Claims

Jun-06-2007   ¥1007606FD19      DSTEPPE
14:27:40

CASE NUMBER: CGC-07-464019

EOWYN VBR CTS DE LA VEGA VS. ST. VINCENT
DE PAUL SOCIETY et al

CIVIL COMPLAINT/PETITION/OTHER FIRST PAP
ER

FILED BY

COURT APPEARANCE SCHEDULED FOR
FRIDAY, NOV 09, 2007 AT 9:00 AM
IN COURTROOM 212,
CIVIC CENTER COURTHOUSE

FEE:          $0.00 PAID BY IFP
FEE: IFP

THANK YOU

MC-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Eowyn, Cts. de la Vega (ubb)<br>480 Ellis Street. e#258<br>San Francisco, CA. 94102 | FOR COURT USE ONLY |

TELEPHONE NO.: N/A    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): in propia persona

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: San Francisco, CA. 94102
CITY AND ZIP CODE:
BRANCH NAME: CIVIL — Treaty 9/9/1850 CALIF. REP.

2 PLAINTIFF/PETITIONER: Eowyn Cts rdela Vega (S.C.W. du Rothschild)
DEFENDANT/RESPONDENT: Bureau of Diplomatic Security - USA

**ENDORSED**
**FILED**
San Francisco County Superior Court
OCT 0 2 2007
**GORDON PARK-LI, Clerk**
BY: MARY ANN MORAN
Deputy Clerk

| DECLARATION | CASE NUMBER:<br>CGC-07-464542 |
|---|---|

Be it known, herein ... as COMPROMISE to SAFETY, is failed by defendant to lawsuit: (SP) BORDEN & BREAKAGE ... This lawsuit is now portion to a COMPILATED - SERIES, COMPLAINT(s) to DEFECTION; That, defendant has failed COMPROMISE ... thus, putting a TS. plaintiffs LIFE in danger: u a crime against a scientist ... punished by "DEATH" GENEVA ACCORDS. As defendant(s) proceeded by INTIMIDATION i.e. tactics as to provoke civil complaint, by an a TS. scientist in propia persona ... defendants' only cause to TRIAL (ADR) is to unlawfully defy legitimate DEFECTION PROCESSES; as to PROVOKE DETERMINANT PRODUCTION, n-proliferation, and n-confrontation. Plaintiff herein is yet agreeable to COMPROMISE; otherwise, the defendant(s) have lost the case, by defense ... of DEFAULT ... many times over. To force further Courthouse procedures is to challenge the GENEVA ACCORDS. Plaintiff TS. a scientist has the privilege to maintain absolute SILENCE @ originally scheduled (ADR) hearings-to-COMPLAINT(s); and, is not required to attend any others. foam.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/02/.007

CUBB

Eowyn Cts. de la Vega S.C.W. du Rothschild    Eowyn Cts. de la Vega. S.C.W. du Rothschild
(TYPE OR PRINT NAME)    (SIGNATURE OF DECLARANT)

es officer, b. 2/26/57, BUCK.P.
BO KLEID J. INF 2. 5 actos.
PIONEER. TASS. BATTENBERG.

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): ICH DIEN.

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1
American LegalNet, Inc.
www.USCourtForms.com

MC-031

2 PLAINTIFF/PETITIONER: Eowyn Cts de la Vega S.C.W. du Rothschild    CASE NUMBER:

DEFENDANT/RESPONDENT: Bureau of Diplomatic Security - USA    CGC-07-469542

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

In summary, the auspices under which the court operates, known:
the government of the United States of America... has failed
SAFETY. That, my exercises in ETHICS, ADVANCED STUDIES, Opp.
(Harvard Law School) seem to have had no affect whatsoever
on the U.S.A. government; as to indicate that what was
obscene before, is now CONSIDERATE ASSASINATION (SP)
THREAT, by said government... against plaintiff... an
a PRODIGY. Opp. and, peer-of-the-realm. My SAFETY, (life-
style, is enslaved by forced poverty; my spiritual disce-
plines severely challenged, and denied. I protest herein
that I am yet THREAT, by RAPE... by these: AS. As daily.
That, American security forces yet proceed to fail to
arrest, and prevent ACTS of CRIMINALITY, against me; and,
have conspired, perpetrated such crimes (as, sexual assault,
RAPE) against me... is redundant of 53 years CLOAK, ID,
by USA. adoption; as amounts to KIDNAPPING of an atomic
prodigy. The filth of the ignorant language used upon my
person, daily in San Francisco... is extremely traumatizing.
The filth of the arrogant physical assaults upon my person
here... is hitherleare, or proportions. That, defendants
have no course of action but to suit their own govern-
ments... or, consider LOSS of government to them; by their
own PUBSHT maneuvers to assasinate an atomic scientist.
When the peoples of a nation practice such barbarity, as
to amasse against a single individual, and her FAMILY,
there is no hope, for their government, NOR CAN THEY HAVE FAITH IN
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. A FUTURE.
PUBSHT — also, to lose... (goun.)... by defense of default. © © EVBB & BHE, ISBN.

Date: 10/02/007

CNBB

Eowyn Cts de la Vega S.C.W. du Rothschild    Eowyn Cts de la Vega S.C.W. du Rothschild
_____        _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF DECLARANT)

e5 officer; b. 2/26/57. BUCK, P.
B8 KLEIDT. #2 - factos.
PIONEER. TASS. BATTENBERG.

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other (Specify): ICH DIEN.

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

American LegalNet, Inc.

SHORT TITLE: Eowyn Cts. de laVega S.C.W. du Rothschild — Bureau of Diplomatic Security - SF Field Off.   CASE NUMBER: CGC-07-464542

1  These lawsuits, courthouse 2 SFA, were filed by plaintiff T.S. a jactor
2  as terms: ADVANCED STUDIES. ethics ... to REMEDY: (SP) BORDEN (PTA
3  atomic breakage joind, necessarily, viol. Treaty 9/9/1852 CALIF. REF.
4  Adeajo de la Vega ic. WRONGFUL DEATH ... and, resultant loss of J.D.
5  processes ICH DIEN; pertentant, furthermore, to loss of employment
6  Defendants have provoked DEFECTION, however ... by failing com-
7  PROMISE; whereby, they must confess to DEFAULT ... by agree-
8  ment to the GENEVA ACCORDS; that I presented a PROOF, a DISK
9  @ courthouse. Had COMPROMISE ensued, deductibles would've
10 allowed that I should have SAFETY by this point. Finally, I
11 received THREAT letters from attys (CGC-07-464927, CGC-07-
12 465278) which these attys. for defendants therein, filed @
13 courthouse ... as DEMURRERS, DEMURRERS are not lawful or
14 (SP) BORDEN a BREAKS, since COMPROMISE was failed; and,
15 DEMURRERS were filed (of a substantially SLANDEROUS charac-
16 ter) against T.S. a plaintiff; A DEFECTION-PROCESS was pro-
17 voked by defendants. My a 'focus'; actos 1954 foam. provided
18 SECURITY COMPOSITION, BASIS: defection; monies for my re-
19 turn to my residences in SHARING-HL ASSURANCES, Albrecht Dürer
20 Goya (le. (a Vega) ms trpcs. (2) and (2) (2)%/a daily 250 mil jap yen.
21 Defendant (CGC-07-464499) is especially in DEFAULT (to DE-
22 FECTION, now, also) for failure to return my J.D. processes; assc'd
23 to my (2) (2)%/a acct. (swiss). Therefore, portion to my SECURITY
24 COMPOSITION are processes whereby my entitle ... monies, banked in
25 Switzerland (AE, ambrien) SHALL REMOVE to the BANKS of SHARING-HL.

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):* as recommended: compilation series of COMPLAINTS - to Defection (SP)

27  This page may be used with any Judicial Council form or any other paper filed with the court.                Page ___/___

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
"Optional Form"

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

American LegalNet, Inc.
www.USCourtForms.com

SHORT TITLE: Edwyn Cts. dela Vega S.C.W. du Rothschild
- Bureau of Diplomatic Security - SF Field Off. STATE DEPT

CASE NUMBER: CGC-07-464542

1  The court must agree that I am bereft actual citizenship guaran-
2  tees... apparently, anywhere in the world... until I am rescued,
3  or, safely resident, in Shaing-hi. The court must agree that
4  no person, who has suffered such VIOLENCE, as I have indicated
5  in these COMPLAINTS ... can consider Themselves assured of
6  citizenship! That, I am an a scientist (CLOAK ·TS ·ADOPT.)
7  causes the COMPLAINT, to be, more onerous. Therefore, as
8  required, SUMMONS (to DISCOVERY) were sent to U.N. Security
9  Council, by this plaintiff... over 50; and, that of these 50, SUM-
10 MONS... at least ⅓ were PATENT- to DISCOVERY, cooperative.
11 BONDS against these COMPLAINTS - to - DEFECTION, may be placed
12 by defendants, @ U.N. Security Council: esp. if defend. has COM-
13 PLAINT against another defend. ie. CGC-07-467167, HRH
14 Prince Charles. "Prince Charles" is sued: $444, 444, 444, 444 USA
15 The bulk of these SERIES - to - DEFECTION COMPLAINTS is: $450,
16 249,451,944 USA total in FINES. The U.N. Secty-gen, and, U.N. Sec.
17 Coun. as well as any other defend. herein this series, may also post
18 BOND (@ collateral) against "Prince Charles". The remainder is yet:
19 an amt. not affected by DEDUCTIBLE ie. cash monies owed to
20 ∴ TS, plaintiff. Follows list of COMPLAINTS: CGC-07-464019, CGC-
21 07-464542, CGC-07-464499, CGC-07-464977, CGC-07-465
22 569, CGC-07-465718, CGC-07-465720, CGC-07-465848,
23 CGC-07-466746, CGC-07-466853, CGC-07-466851, CGC-07-
24 466856, CGC-07-466858, CGC-07-467034, CGC-07-467-
25 128, CGC-07-467167. Failure to COMPROMISE: SAFETY, can
26 cause LOSS of BOND; and, arrest, prosecution for 2 BREAKS.
   (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line
   numbers): as DESIRED, COMPROMISE - to - DEFECTION. (SP) (R/A) BORDEN

27 This page may be used with any Judicial Council form or any other paper filed with the court.    Page ___2___

Form Approved by the
Judicial Council of California
MC-020 (New January 1, 1987)
"Optional Form"

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

American LegalNet, Inc.

MC-031

PLAINTIFF/PETITIONER: ROWYN Cts. dela Vega (S.C.W. du Rothschild) CASE NUMBER:

DEFENDANT/RESPONDENT: BUREAU DIPLOMATIC SECURITY CGC-07-464542

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

I am attaching herein, for appropriate agency inter-
vention, in these DEFECTION-PROCESSES... known
as defendant: the USA STATE DEPARTMENT-Field
Office; SanFrancisco BUREAU of DIPLOMATIC SE-
CURITY,... an atomic Treatise, titled: CHERNOBYL;
as regards desire $F_2$ evaluation of n.reactor,
Int'l. INC, That, plaintiff (myself) is $\frac{1}{2}$ T.S. PIONEER $\frac{1}{2}$.
This Treatise $\frac{1}{2}$ CHERNOBYL, is my own effort;
actually, the efforts of an a PRODIGY: $E = mc_2$,
atomic physicist; and, atomic scientist. This
Treatise reflects sincerely the mentorship of my
advisor @ ADVANCED STUDIES. Opp, known: Dr. Ed-
ward Teller. Because Dr. Edward Teller (the Man-
hattan Project, Trinity) was my teacher, I am a
registered: "atomic-scientist"...because, I can create.
Because I was required (by $F_2$) to facilitate struc-
ture; and, cooperated to manage ie. manually, (2)
SAMPLE uranium, enriched PROPERTY...1954; This
License-register is still "atomic-scientist", on-file
@ JACTOS, GENEVA; I.C.J., the HAGUE; gl.nd, RUSSIA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: SEPTEMBER 30, 2-007

EowyN Cts. delaVega (S.C.W. du Rothschild)    Rowyn Cts. deda Vega (S.C.W.— du Rothschild)
(TYPE OR PRINT NAME)                          (SIGNATURE OF DECLARANT)

ADVANCED STUDIES: Theoretical Physics
Harvard: Opp-Teller: $E = mc_2$
Princeton: Dr. Albert Einstein-1951-1954. DARE:

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other (Specify): ICH DIEN BHE

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

## ATTACHED DECLARATION

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

n.reactor CHERNOBYL

adimewatms configurations, Konji   FILED

OCT - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EOWYN, CTS, DE LA VEGA,                      No. C 07-03619 WHA

    Plaintiff,

v.                                           **ORDER GRANTING**
                                             **DEFENDANTS' MOTION TO**
BUREAU OF DIPLOMATIC SECURITY,               **DISMISS**
SAN FRANCISCO FIELD OFFICE, U.S.
DEPARTMENT OF STATE

    Defendant.

                                             ENTERED IN CIVIL DOCKET  10 01 07
                                    /

    Pro se plaintiff Eowyn, Cts. de la Vega seeks damages from the Bureau of Diplomatic

Security, San Francisco Field Office, U.S. State Department ("BDS"), alleging that defendant

"is responsible for grave bodily, emotional harm caused to me, by its failures to remedy (sp)

Borden" (Notice of Rem. Exh. B at 2). This order DISMISSES this case on grounds of lack of

subject matter jurisdiction and the failure to state a claim upon which relief can be granted.

    Plaintiff filed the complaint in the Small Claims Division of the San Francisco Superior

Court on June 4, 2007. When asked to provide a description of the case, plaintiff wrote:

"violations of THE TREATY 9/9/1850 CALIF. REPUB. Signed: Diego de la Vega, known:

ZORRO, have occurred PORTION to a BREAK.foam.JACTOS.(placebo) EXHIBIT monies

issued 3/12/06 cost-co, SF CA. HAG 'the people lake' @ Arlington Residence 480 Ellis Street

#254, SF CA ... a REAL + legacy of ZORRO: I am his heir: This bldg in processes of change in

mgmt. The State of CALIF must remedy a BREAK, et al IMMED" (*id.* Exh. A at 5). Plaintiff

For the Northern District of California

1    also delivered to defendant incomprehensible handwritten statements with drawings and symbols

2    (*id.* at 10–24). Aside from a four-page handwritten "letter regarding numerous issues from

3    Eowyn Cts. De la Vega" filed on July 27, 2007, which was equally perplexing and incoherent,

4    plaintiff has not produced any other supporting documents.

5         Despite an allegation of improper service under Federal Rule of Civil Procedure

6    4(i)(2)(B), the BDS removed the case on July 13, 2007. On July 17, 2007, the BDS moved for

7    dismissal with prejudice based on lack of subject-matter jurisdiction under FRCP 12(b)(1) and

8    for failure to state a claim under FRCP 12(b)(6). On July 24, 2007, the case was related to an

9    earlier case plaintiff had against the federal government, which the Court had already dismissed

10   with prejudice for lack of subject matter jurisdiction.

11        Pursuant to FRCP 12(b)(1), dismissal is appropriate when the Court lacks subject-matter

12   jurisdiction. The Court is presumed to lack subject-matter jurisdiction unless the contrary is

13   affirmatively demonstrated. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377

14   (1994). Read in plaintiff's favor, the complaint appears to allege various tort claims against the

15   BDS. "Federal agencies cannot be sued *eo nomine* unless so authorized by Congress in explicit

16   language." *Pink v. Modoc Indian Health Project, Inc.*, 157 F.3d 1185, 1188 (9th Cir. 1998)

17   (internal quotations omitted). Tort claims against the United States only arise under the Federal

18   Torts Claims Act, which provides a statutory waiver of sovereign immunity. 28 U.S.C. 1346(b).

19   Federal agencies are not proper defendants under the FTCA; actions should be filed against the

20   United States. 28 U.S.C. 1346(b), 2679(a). Although the judicial policy of treating pro se

21   litigants leniently suggests allowing leave to amend, even the substitution of the United States as

22   a defendant, would not cure the jurisdictional defects.

23        Section 2675(a) of the FTCA mandates that a claimant file a claim with the appropriate

24   agency before a claimant may file a civil action. In response to a small-claims form question

25   inquiring if plaintiff asked the defendants to pay her before filing suit, she checked the box

26   indicating "yes" and wrote "I HAVE BEEN IN-LENGTHY REVIEW [circled] @ Bureau

27   Diplomatic Security AS REGARDS.CLOAK.ADOPT.JACTOS. KLEID" (Notice of Rem. Exh.

28                                      2

1   B at 3). Plaintiff then checked the "no" box indicating that she was not suing a public entity, and

2   she wrote "KLEID" next to the "no" box (*id.*). Failure to exhaust administrative remedies prior

3   to filing a civil action results in a lack of subject-matter jurisdiction by the district court. *See*

4   *Meridian Int'l Logistics, Inc. v. United States*, 939 F.2d 740, 743 (9th Cir. 1991). Since plaintiff

5   does not allege filing a written claim with the BDS, a public entity, she apparently has not met

6   the exhaustion requirement. Because plaintiff has failed to exhaust her administrative claims, the

7   Court lacks subject-matter jurisdiction.

8       Even if plaintiff had exhausted her administrative claims, dismissal would still be proper

9   if plaintiff failed to state a claim under Rule 12(b)(6). A dismissal is appropriate where there is

10  either a "lack of a cognizable legal theory" or "the absence of sufficient facts alleged under a

11  cognizable legal theory." *Balistreri v. Pacifica Police Dept.*, 901 F.2d 696, 699 (9th Cir. 1990).

12  In resolving a Rule 12(b)(6) motion, the court must construe the complaint in the light most

13  favorable to the plaintiff, accept all well-pleaded factual allegations as true, and determine

14  whether plaintiff can prove any set of facts to support a claim that would merit relief. *Cahill v.*

15  *Liberty Mut. Ions. Co.*, 80 F.3d 3346, 337-38 (9th Cir. 1996). Here, plaintiff's complaint is

16  completely incomprehensible. Even when construed in the light most favorable to the plaintiff,

17  the fragmented sentences, symbols, and drawings do not come close to a cognizable legal theory

18  nor do they represent facts alleged under a cognizable legal theory. Accordingly, the Court finds

19  that plaintiff has failed to state a claim upon which relief can be granted.

20                                                      **CONCLUSION**

21      Because she is pro se, plaintiff must be given a chance to amend unless no type or degree

22  of amendment would save her complaint. Here, the Court believes that no chance to amend need

23

24

25

26

27

28

                                                          3

United States District Court
For the Northern District of California

1    be given. Plaintiff's allegations make clear that none of her proffered theories will cure the

2    jurisdictional defect. For that reason, the Court GRANTS defendant's motion to DISMISS

3    WITHOUT LEAVE TO AMEND. The Clerk shall close the file.

4

5         IT IS SO ORDERED.

6

7    Dated: October 1, 2007.

8                                                    WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

Orders on Motions
3:07-cv-03619-WHA De La Vega v. Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of State
ADRMOP, E-Filing, ProSe, RELATE

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from entered on 10/1/2007 2:27 PM and filed on 10/1/2007

**Case Name:**      De La Vega v. Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of State

**Case Number:**   3:07-cv-3619

**Filer:**

**Document Number:**   10

**Docket Text:**
ORDER GRANTING DEFENDANT'S MOTION TO DISMISS by Judge Alsup granting [3] Motion to Dismiss (whalc2, COURT STAFF) (Filed on 10/1/2007)

**3:07-cv-3619 Notice has been electronically mailed to:**

Joann M. Swanson    joann.swanson@usdoj.gov, lily.c.ho-vuong@usdoj.gov

**3:07-cv-3619 Notice has been delivered by other means to:**

Eowyn Cts. De La Vega
480 Ellis Street, #252
San Francisco, CA 94102

## Other Orders/Judgments

3:07-cv-03619-WHA De La Vega v. Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of State

ADRMOP, E-Filing, ProSe, RELATE

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from entered on 10/1/2007 2:29 PM and filed on 10/1/2007.

| | |
|---|---|
| **Case Name:** | De La Vega v. Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of State |
| **Case Number:** | 3:07-cv-3619 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
JUDGMENT. Signed by Judge Alsup on October 1, 2007. (whalc2, COURT STAFF) (Filed on 10/1/2007)

**3:07-cv-3619 Notice has been electronically mailed to:**

Joann M. Swanson    joann.swanson@usdoj.gov, lily.c.ho-vuong@usdoj.gov

**3:07-cv-3619 Notice has been delivered by other means to:**

Eowyn Cts. De La Vega
480 Ellis Street, #252
San Francisco, CA 94102

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\WHAALL\2007Civ\07-3619 Eowyn\order re dismissal.pdf
**Electronic document Stamp:**    COBRA
[STAMP_CANDStamp_ID=977336130 [Date=10/1/2007] [FileNumber=3791658-0]

[6a8d12b7fe182e0be880b751b52569cac98121de7d6d0f04b42a0ef30ec76b7a78a95
741e2498af96eb456e955a36d6b1471d0ff544f208b5e6c22d6ba40e0069]

*(handwritten annotations)*

Kremlin
rice

My parents London
Phone# here on
this BCR — LOG form.
re as surveilled by
Mohammed Al-FADED

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\WHAALL\2007Civ\07-3619 Eowyn\judgment.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/1/2007] [FileNumber=3791663-0]

[60db1169f401330fa62ceef1c9846b42aa576c9cfbd13ba9e644547ca43ebc21bad7d
2393661490e3d0e30209a006e4764c94b066fcea35ad8bc953c2c49fc51]]

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EOWYN, CTS, DE LA VEGA,

Plaintiff,

v.

BUREAU OF DIPLOMATIC SECURITY et al,

Defendant.

Case Number: CV07-03619 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eowyn Cts. De La Vega
480 Ellis Street, #252
San Francisco, CA 94102

Dated: October 2, 2007

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk