SCOTT N. SCHOOLS, SCBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
ILA C. DEISS, NY SBN 305290
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
   Telephone: (415) 436-7124
   Facsimile:  (415) 436-6748

Attorneys for Defendant
Bureau of Diplomatic Security,
San Francisco Field Office,
U.S. Department of State

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOWYN CTS. VBB. DE LA VEGA, ) <br>               Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> BUREAU OF DIPLOMATIC SECURITY, ) <br> SAN FRANCISCO FIELD OFFICE, ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br>               Defendant. ) <br> _____) | No. C 07-5734 JL <br><br> **PROOF OF SERVICE** |

    The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on November 13, 2007 she caused a copy of:

    Notice Of Removal filed November 13, 2007;

    Order Setting Initial Case Management Conference and ADR Deadlines filed November 13, 2007; Standing Order for Magistrate Judge James Larson; Standing Order For All Judges of the Northern District of California;

    Notice of Assignment of Case to a United States Magistrate Judge For Trial; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge and Request For Reassignment to a United States District Judge;

PROOF OF SERVICE
De la Vega v. Bureau of Diplomatic
Security, C 07-5734JL                    1

1   ECF Registration Information Handout;

2   Welcome To The U.S. District Court, San Francisco; and

3   Proof of Service

4 to be served upon the persons at the places and addresses stated below, which are the last known

5 addresses:

**Eowyn Cts. Vbb. De la Vega**
**480 Ellis Street, #258**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November 2007 at San Francisco, California.

_____/s/_____
ELSIE SATO
Paralegal Specialist

PROOF OF SERVICE
De la Vega v. Bureau of Diplomatic
Security, C 07-5734JL            2