SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney
ILA DEISS (NYSBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    Fax: (415) 436-7169
    Email: ila.deiss@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOWYN, CTS. DE LA VEGA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF DIPLOMATIC SECURITY, ) <br> SAN FRANCISCO FIELD OFFICE, U.S. ) <br> DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | No. C 07-5734 JL <br><br> Related to :   C 07-3619 WHA <br>                 C 07-0062 WHA <br><br> **DECLARATION OF ILA DEISS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Ila Deiss, declare:

1. I am the Assistant United States Attorney assigned to this case and am familiar with the procedural posture.

2. Plaintiff filed two complaints in State Court against the Department of Public Health and the Drug Enforcement Administration and against the Bureau of Diplomatic Security. Those actions were removed to federal court, related and dismissed. See *De La Vega v. Department of Public Health, et al.*, C 07-0062 WHA and *De la Vega v. Bureau of Diplomatic Security, et al.*, C07-3619 WHA., Exhibit A (Orders).

3. On June 22, 2007, plaintiff filed a third action in State Court, which was removed on

1  November 13, 2007, against the Office of the Presidency.  A true and correct copy of that
2  complaint and the removal order are attached as Exhibit B.
3      I declare under penalty of perjury that the foregoing is true and correct.  Executed on
4  November 20, 2007 at San Francisco, California.

6      \_\_\_/s/_____
    ILA DEISS
7      Assistant U.S. Attorney

Deiss Decl. In Support of Mtn to Consider Whether Cases Can Be Related
C 07-5734 JL, C07-3619 WHA and C 07-0062 WHA    2

**CERTIFICATE OF SERVICE**

**De La Vega v. Bureau of Diplomatic Security, et al.**
**C 07-5734 JL Related to C07-3619 WHA & C 07-0062 WHA**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DECLARATION OF ILA DEISS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED WITH EXHIBIT A-B**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__x__  FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  PERSONAL SERVICE (BY MESSENGER)

____  FEDERAL EXPRESS via Priority Overnight

____  EMAIL

____  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Eowyn Cts. de la Vega, Pro Se
480 Ellis Street #258
San Francisco, CA 94102
PH: 415.202.9800

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 20, 2007 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant

Deiss Decl. In Support of Mtn to Consider Whether Cases Can Be Related
C 07-5734 JL, C07-3619 WHA and C 07-0062 WHA     3