SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7124
Fax: (415) 436-7169

Attorneys for Federal Defendant
Bureau of Diplomatic Security,
San Francisco Field Office,
U.S. Department of State

ORIGINAL
FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EOWYN, CTS. DE LA VEGA,

Plaintiff,

v.

BUREAU OF DIPLOMATIC SECURITY, SAN FRANCISCO FIELD OFFICE, U.S. DEPARTMENT OF STATE,

Defendant.

CASE NO. C- CV 07 5734

**NOTICE OF REMOVAL**

TO: Clerk, San Francisco Superior Court
400 McAllister Street, Room 103
San Francisco, California 94102

Eowyn, Cts. de la Vega
480 Ellis Street #258
San Francisco, California 94102

PLEASE TAKE NOTICE that on this day Case No. CGC-07-464542 pending in the San Francisco Superior Court is being removed to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1) on behalf of federal defendant Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of State. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby

present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On June 22, 2007 plaintiff Eowyn, Cts. de la Vega filed a complaint in the San Francisco Superior Court against the Bureau of Diplomatic Security for "vicious violations of diplomatic protocol practiced against moi a.factos.since 1955." Plaintiff seeks $500,000.00 in damages.

2. On November 1, 2007, the U.S. Attorney's Office received a copy of Plaintiff's Declaration filed on October 2, 2007 from the Bureau of Diplomatic Security. The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint as required by Rule 4, Fed.R.Civ.Proc. Copies of the Summons and Complaint were obtained from the superior court. Copies of the Summons, Complaint, and Plaintiff's Declaration are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleading, or order which have been received. There has been no trial in superior court.

3. Removal of this action to the United States District Court is made pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1) because plaintiff seeks monetary damages from a federal agency. The United States of America is the only party who may be sued in a tort action involving a federal agency. Original and exclusive jurisdiction lies in a federal forum under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.

4. A copy of this Notice is being filed with the Clerk of the San Francisco Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: November 3 2007

By: [signature]
ILA C. DEISS
Assistant United States Attorney

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** *(AVISO AL DEMANDADO):* BUREAU of Diplomatic Security SF FIELD OFFICE USA DEPT OF STATE

KLEID (SP)

**YOU ARE BEING SUED BY PLAINTIFF:** *(LO ESTÁ DEMANDANDO EL DEMANDANTE):* EOWYN, CTS. de la Vega 480 Ellis St. #258 SF CA 94102

jactos.-es. foam.

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is: *(El nombre y dirección de la corte es):* 400 McAllister Street SAN FRANCISCO, CA 94102

CASE NUMBER: *(Número del Caso):* CGC-07-464542

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
EOWYN, CTS. de la Vega 480 Ellis Street #258 San Francisco, CA 94102

DATE: JUN 2 2 2007 *(Fecha)* Gordon Park-Li   Clerk, by *(Secretario)* Deborah Steppe, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: CTS. de la Vega; FACTOS, HAZARD
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☒ other *(specify)*: Treaty CALIF. REP. 9/9/1850 de la Vega
4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

EXHIBIT A

PENGAD-Bayonne, N.J.

American LegalNet, Inc. www.USCourtForms.com

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
EOWYN v.b.b. CTS de la Vega
480 Ellis Street #258
San Francisco, CA 94102
TELEPHONE NO.: (415) 202-9800 FAX NO.: N/A
ATTORNEY FOR (Name): in propia persona

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: " " " " " "
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: CIVIL new FILINGS

CASE NAME: EOWYN, CTS, de la Vega (US) BUREAU of DIPLOMATIC SECURITY

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
JUN 22 2007
GORDON PARK-LI, Clerk
BY: [signature]
DEBORAH STEPPE, Deputy Clerk

## CIVIL CASE COVER SHEET

[X] Unlimited (Amount demanded exceeds $25,000)
[ ] Limited (Amount demanded is $25,000 or less)

Complex Case Designation
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: CGC-07-464542

JUDGE:

DEPT:

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[X] Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (*not specified above*) (43)

"broken-seals" tehran . jactos Opp.

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [X] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought (*check all that apply*):
   a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (*specify*):
5. This case [X] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

Date: 6/20/07

EOWYN v.b.b. CTS de la Vega
(TYPE OR PRINT NAME)

[signature] Eowyn VBB Cts. de la Vega
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

### NOTICE

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

CIVIL CASE COVER SHEET

American LegalNet, Inc.
www.FormsWorkflow.com

Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
EOWYN v.b.b. CTS. de la Vega
480 Ellis Street #258
SAN FRANCISCO, CA 94102
TELEPHONE NO: (415) 202-9800 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): in propia persona

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
JUN 2 2 2007
GORDON PARK-LI, Clerk
BY: [signature]
DEBORAH STEPPE, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: " " " " "
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: CIVIL new FILINGS

PLAINTIFF: EOWYN, CTS. de la Vega

DEFENDANT: BUREAU of DIPLOMATIC SECURITY SF FIELD OFF, USA DEPT of STATE

~~DOES 1 TO~~ KLEID. (SP)

CASE MANAGEMENT CONFERENCE SET

NOV 2 1 2007 -9:00 AM

DEPARTMENT 212

SUMMONS ISSUED

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

☐ AMENDED (Number):

Type (check all that apply):

☐ MOTOR VEHICLE ☒ OTHER (specify): CALIF. REPUBLIC Treaty Sept 9, 1850

☐ Property Damage ☒ Wrongful Death

☐ Personal Injury ☒ Other Damages (specify): Colobrus 3

Jurisdiction (check all that apply):

☐ ACTION IS A LIMITED CIVIL CASE

Amount demanded ☐ does not exceed $10,000

☐ exceeds $10,000, but does not exceed $25,000

☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)

☐ ACTION IS RECLASSIFIED by this amended complaint

☐ from limited to unlimited

☐ from unlimited to limited

CASE NUMBER:

CGC-07-464542

1. Plaintiff (name or names): EOWYN, CTS. de la Vega.

alleges causes of action against defendant (name or names): vicious violations of diplomatic protocol practiced against nota. factos. since 1955.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

✓ 3. Each plaintiff named above is a competent adult

a. ☐ except plaintiff (name):

(1) ☐ a corporation qualified to do business in California

(2) ☐ an unincorporated entity (describe):

(3) ☐ a public entity (describe):

(4) ☐ a minor ☐ an adult

(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

(b) ☐ other (specify):

(5) ☐ other (specify):

b. ☐ except plaintiff (name):

(1) ☐ a corporation qualified to do business in California

(2) ☐ an unincorporated entity (describe):

(3) ☐ a public entity (describe):

(4) ☐ a minor ☐ an adult

(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

(b) ☐ other (specify):

(5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

SHORT TITLE: EDWYN, v.b.b. CTS. de la Vega (vs) BUREAU of DIPLOMATIC SECURITY

CASE NUMBER:

4. [X] Plaintiff (name): EDWYN v.b.b. CTS. de la Vega fre/By S.C.W. du Rothschild
is doing business under the fictitious name (specify): CLOAKED. ADOPT. jactos. 1955 refer= Victoria Beatrice (v-Gustafson) BLACK - AQUIRRE (Garcia)
and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] except defendant (name):
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity (describe):
(4) [ ] a public entity (describe):
(5) [X] other (specify): by Diplomatic Review, known = BUREAU of Diplomatic Security SF FIELD OFF. USA Dept of STATE

b. [ ] except defendant (name):
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity (describe):
(4) [ ] a public entity (describe):
(5) [ ] other (specify):

c. [ ] except defendant (name):
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity (describe):
(4) [ ] a public entity (describe):
(5) [ ] other (specify):

d. [ ] except defendant (name):
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity (describe):
(4) [ ] a public entity (describe):
(5) [ ] other (specify):

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. [ ] Doe defendants (specify Doe numbers): ______ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. [ ] Doe defendants (specify Doe numbers): ______ are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names): KLEID. BO - BCD. OEO SFDA Invest. 03/06/03 #030-904-422 2. foam. Opp.

8. This court is the proper court because

a. [ ] at least one defendant now resides in its jurisdictional area.

b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.

c. [X] injury to person or damage to personal property occurred in its jurisdictional area. SF CA, USA

d. [ ] other (specify): (SP) BORDEN, ERIC (RTA) 4 broken-seals Tehran (vs) jactos. Opp. foam. 2 BREAKS; p52 DISPLAY, DISTURBED 2005; my 2 focus' 1954: 500p. 500 sc. 500 windows - J Ent [illegible]

9. [ ] Plaintiff is required to comply with a claims statute, and Desire. 10 BATH ST. - es te/he COBRA -

a. [ ] has complied with applicable claims statutes, or

b. [ ] is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: EDWYN v/b/b. CTS. de la Vega (vs) BUREAU of Diplomatic Security | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
   a. [ ] Motor Vehicle
   b. [ ] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [X] Other (*specify*):

[illegible handwriting] microfilm [illegible] Opp. was my teacher. ADVANCED. STUDIES. Harvard. Einstein, my mentor E=MC2 Princeton, find attached sample failures of diplomatic security, and, NOTICE: Desire (M) serve all ANDROPOV. holy virgin cathedral

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [X] other damage (*specify*):

this KLEID (SP) BORDEN-eric. 'broken-seals' - attaches VERACITY to my (18) colobrus machines. jactos @ LOS ALAMOS NAT'L LABS-copy: 'broken-seals' choke table. tehran-coker, quarz. mine - 4/13/07 is available to this defendant, known: STATE DEPT entity...upon favorable INJUNCTION processes ie, EXAMINATION viol. CLOAK: ADOPT. 1955. CA. to comprehend the grave crimes committed against an a PRODIGY during CRISIS — 'broken-seals' IRAN.

12. [X] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [X] as follows: I was born in England, @ the BUCKINGHAM PALACE: my grandmother is HRH Wallis field de la Vega S.C.W. DUCHESS of WINDSOR. I have lived in CA, and NYC (USA) since 1955...with no reprieve from CLOAK. ADOPT. since 1969...I have no word of my FAM: S.C.W - du Rothschild since BQ KLEID-f. 1957. The defendant fails CRISIS - 'broken-seals' due

13. The relief sought in this complaint is within the jurisdiction of this court. the defendant HAS REFUSED to ANSWER KLEID-a lawsuits since 2006, in which I petitioned the defendant to REMEDY these violations of a COURTESY,

14. Plaintiff ~~prays for judgment for costs of~~ suit; for such relief as is fair, just, and equitable; and for *one* Advise and Consent.
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages

   Advise and Consent, KLEID. 'broken-seals'

   The amount of damages is (*in cases for personal injury or wrongful death, you must check (1)*):
      (1) [ ] according to proof
      (2) [X] in the amount of: $ 500,000 USA [illegible handwriting]

15. [X] The paragraphs of this complaint alleged on information and belief are as follows (*specify paragraph numbers*): that the CRITICAL nature of the crimes "committed against an atomic scientist (and, genetic-replicator)" by the defendant, are so: DEGREES of (ENQ) - (RTA) ie. MAGNIFICATION: BORDEN.

Date: 6/20/07

EDWYN, CTS. de la Vega
(TYPE OR PRINT NAME)

▶ Edwyn, Cts. de la Vega
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): EOWYN v.b.b. CTS. de la Vega 480 Ellis Street #258 San Francisco, CA 94102

TELEPHONE NO.: (415)202-9800 FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): in propia persona

FOR COURT USE ONLY

~~ENDORSED~~ FILED San Francisco County Superior Court JUN 22 2007 GORDON PARK-LI, Clerk BY: DEBORAH STEPPE Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

STREET ADDRESS: 400 McAllister street

MAILING ADDRESS: " " " "

CITY AND ZIP CODE: SAN FRANCISCO, CA 94102

BRANCH NAME: CIVIL new FILINGS

PLAINTIFF/PETITIONER: EOWYN v.b.b. CTS. de la Vega

DEFENDANT/RESPONDENT: BUREAU of Diplomatic Security

Tesseor. KLEID. DECLARATION TO COMPLAINT in (2) parts

CASE NUMBER: CGC-07-464542

the State Dept. Bureau of Diplomatic Security USA has violently FAILED to REMEDY (SP) BORDEN. eric (RIA). AS TO IMPERIL my LIFE, an a tomic prodigy - jactos. by CAUSE: 'broken-seals', the plaintiff HAS FAILED Diplomatic PROTOCOL: established by the FACT that a BREAKS. have occurred in SAN FRANCISCO, CA 2005 @ SF main Library - PEDATOR(S) SOUGHT, [INDEX] p 52 DISPLAY, DISTURBED. 'a dart' BROWN-HIVE: columns, chem. array. foam. my 1954 a 'focus' the most dangerous a 'focus' ever built HAG 'the purple lake' @ Arlington Residence 480 Ellis St SF CA (VAT) (INQ) and Ulasie: RASPUTIN-cult † i.e heresies ☆ moi a [illegible] tsarina PIONEER ... GARBO'S neice.

a BREAKAGE IS not an academic issue: IN (2) PARTS, this DECLARATION to COMPLAINT:

I. (6) pgs. EXHIBITS - 'stacking BLOCKS' @ SF Court house: the only venue, LATERAL: LAW allowed to moi a despite TS, colobrus'. mine. @ LOS ALAMOS NAT'L LABS This BLOCK stacking caused LOSS of BCD-BLOCK 2006, which I rehabilitated BCD-LOG cc: U.N. ISRAEL

II. (10) pgs. EXHIBIT @ STATEMENT of VERACITY: as allows TS. (M) sierve all ANDROPOV @ holy virgin cathedral SF CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/20/07. KLEID.

Eowyn v.b.b. Cts. de la Vega (TYPE OR PRINT NAME)

Eowyn VBB Cts. de la Vega (SIGNATURE OF DECLARANT)

es officer, b. 2/26/51 S-C-W. du Rothschild LAMB. BQ KLEID †.

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant ☐ Respondent ☐ Other (Specify):

(SP) KLEID-BORDEN DECLARATION to 'broken-seals' EXHIBITS attached IRAN

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT: MERCY HOUSE CALIFORNIA
(AVISO AL DEMANDADO): known = MERCY CHARITIES HOUSING CALIF.
1360 Mission Street
SAN FRANCISCO, CA 94103

YOU ARE BEING SUED BY PLAINTIFF: EDWYN, CTS. de la Vega
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
480 Ellis Street #258
San Francisco, CA
94102

Jactos. es. foam.

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is: 400 McAllister Street
(*El nombre y dirección de la corte es*): SAN FRANCISCO, CA 94102 SUPERIOR COURT

CASE NUMBER: CGC-07-464019
(*Número del Caso*):

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(*El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es*):

DATE: Clerk, by HAZARD, Deputy
(*Fecha*) (*Secretario*) (*Adjunto*)

(*For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).*)
(*Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)*). BLOCK-KLEID. STACKING BCD

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (*specify*):
3. ☒ on behalf of (*specify*): MERCY HOUSE CALIFORNIA

under:
- ☐ CCP 416.10 (corporation)
- ☐ CCP 416.20 (defunct corporation)
- ☐ CCP 416.40 (association or partnership)
- ☐ CCP 416.60 (minor)
- ☐ CCP 416.70 (conservatee)
- ☐ CCP 416.90 (authorized person)
- ☒ other (*specify*): THE TREATY SEPTEMBER 9 1850 CALIF. REPUBLIC

4. ☐ by personal delivery on (*date*):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

EXHIBIT (SP) BORDEN SUMMONS (M) KLEID. gland.

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

This seal is not to be used against de la Vega & scientist Treaty 9/9/1850 CA.REP. viol.

NOTICE TO DEFENDANT: ST. Vincent du Paul Society
(AVISO AL DEMANDADO): known: Catholic Charities
169 STILLMAN STREET
SAN FRANCISCO, CA 94103

YOU ARE BEING SUED BY PLAINTIFF: EOWYN, Crs. de la Vega
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
480 Ellis Street #258
San Francisco, CA 94102

jactos-es, foam.

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is: 400 McAllister Street
*(El nombre y dirección de la corte es):* San Francisco, CA 94102 SUPERIOR COURT

CASE NUMBER: *(Número del Caso):* CGC-07-464019

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

BLOCK STACKING

DATE: [illegible]
*(Fecha)*

Clerk, by HAZARD, Deputy
*(Secretario)* B.C.P. *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served KLEID.

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: St. Vincent du Paul Society

   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☒ other *(specify)*: The Treaty September 9, 1850 - CALIF. REPUBLIC
4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. January 1, 2004]

EXHIBIT (SP) BORDEN eric SUMMONS (M) KLEID. gland.

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc. www.USCourtForms.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: Consulate-General INDIA.
(AVISO AL DEMANDADO): 540 ARGUELLO BLVD. San Francisco, CA 94118

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE): EDWYN, CTS. de la Vega 480 Ellis St #258 SF, CA 94108

jactos. es. foam.

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is: 400 McAllister Street
(*El nombre y dirección de la corte es*): San Francisco, CA 94102 SUPERIOR COURT

CASE NUMBER: (Número del Caso): PIONEER serve all (M)

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(*El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es*):

'broken-seals' STACKING BLOCKS – BCD. BO.

DATE: Clerk, by DARE-FAM (FATE), Deputy
(*Fecha*) (*Secretario*) 250 mil Jap yen (*Adjunto*)

(*For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
(*Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served KLEID, .

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (*specify*):
3. [X] on behalf of (*specify*): Consulate-General INDIA
   under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [X] other (*specify*): The TREATY Sept. 9, 1850 CALIF. REP.
4. [ ] by personal delivery on (*date*):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

EXHIBIT (SP) BORDEN eric SUMMONS (M) KLEID. gland.

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

SUM-100

# SUMMONS
(CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

HARVEST

NOTICE TO DEFENDANT: Consulate-General
(AVISO AL DEMANDADO): PHILIPINES
447 Sutter Street
SAN FRANCISCO, CA. 94108

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE): EDWYN CTS. de la Vega
480 Ellis St. #258
SF CA 94102

jactos-es.fam.

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is: 400 McAllister Street
(El nombre y dirección de la corte es): SAN FRANCISCO, CA 94102 SUPERIOR COURT

CASE NUMBER: (Número del Caso): PIONEER serve all (M)

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

broken-seals! STACKING BLOCKS. BCD, BO.

DATE: (Fecha)

Clerk, by DARE-FAM (FATE), Deputy
(Secretario) 250 mil jap yen (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

NOTICE TO THE PERSON SERVED: You are served KLEID.

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): Consulate-General PHILIPINES

under:
- ☐ CCP 416.10 (corporation)
- ☐ CCP 416.20 (defunct corporation)
- ☐ CCP 416.40 (association or partnership)
- ☐ CCP 416.60 (minor)
- ☐ CCP 416.70 (conservatee)
- ☐ CCP 416.90 (authorized person)
- ☒ other (specify): The TREATY, SEPT. 9, 1850 CALIF. REP.

4. ☐ by personal delivery on (date):

Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. January 1, 2004] EXHIBIT (SP) BORDEN eric SUMMONS (M) KLEID. gland.

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc. www.USCourtForms.com

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT: Consulate-general
(AVISO AL DEMANDADO): SWITZERLAND.
456 Montgomery St.
San Francisco, CA
94104

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
EDWYN v.b.b. CTS. de la Vega
480 Ellis St #258
SF CA 94102 jactos-es-fam

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is: 400 McAllister Street
(El nombre y dirección de la corte es): SAN FRANCISCO, CA.
94102
SUPERIOR COURT

CASE NUMBER: PIONEER serve all (M)
(Número del Caso):

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
'broken-seals' STACKING BLOCKS — BCD. BO 9land.

DATE: (Fecha)
Clerk, by (Secretario) DARE-FAM-FATE 250 mil jdp yer, Deputy (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

NOTICE TO THE PERSON SERVED: You are served KLEID-
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):
3. [X] on behalf of (specify): Consulate-General SWITZERLAND
under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[X] other (specify): THE TREATY SEPT. 9, 1850 CALIF. REP.
4. [ ] by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

EXHIBIT (SP) BORDEN eric SUMMONS (M) KLEID. 9land.

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

SUM-100

# SUMMONS
(CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

cinco de May. 1889

2 BREAKS @ CA COURTHOUSE SF CA

NOTICE TO DEFENDANT: Consulate-General MEXICO
(AVISO AL DEMANDADO): 532 FOLSOM San Francisco, CA 94105

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE): EDWYN, CTS-de la Vega 480 Ellis St. #258 SF CA 94102

jactos-ex. foam.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la corte es): 400 McAllister Street SAN FRANCISCO, CA 94102 SUPERIOR COURT

CASE NUMBER: (Número del Caso): PIONEER Serve 2U (M)

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: N/A
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

'broken-seals' STACKING-BLOCKS BCD-BD

DATE: (Fecha)

Clerk, by (Secretario) DARE-FAM-(FATE) 250 mil jap yen, Deputy (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

NOTICE TO THE PERSON SERVED: You are served KLEID.

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): Consulate-General MEXICO

under:
☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☒ other (specify): The TREATY Sept. 9, 1850 CALIF. REP.

4. ☐ by personal delivery on (date):

 EXHIBIT (SP) BORDEN eric SUMMONS (M) KLEID. gland.

American LegalNet, Inc. www.USCourtForms.com

SHORT TITLE: EDWYN v. b. b. CTS. de la Vega- (vs) BUREAU of DIPLOMATIC SECURITY

I herein state unequivocably, that all these matters of CONTESTED INTELLIGENCE ie. 'broken-seals' IRAN as CRITICALLY JEOPARDISE TS. a processes, known= ADVANCED STUDIES. Opp. factos. ARE ALSO issues that pertain to my a TS. ID. processes (ie. LOS ALAMOS NAT'L LABS, and, SANDIA) and EXPERTISE, heirdom; and, also CRIMES committed by [illegible] CLOAK. ADOPT. (Aguirre-Garcia); as well as, CRIMES committed against ACTUAL. CLOAK. ADOPT. (v. Gustafson-BLACK) 1955. ie- violations of CHILD LABOR LAWS: my 1961 auto-body designs to suit the 6-cylinder engine (ie. CROWN-Victoria sedan); and, (e)-(e) THE HOURS. mine @ The New Yorker mg. 1993-foam. AND STOLEN letters to my children ie. GWEN STEFANI BELIEVE, JUST BREATHE, et al. I have been DENIED ACCESS to my ACTUAL FAM- [illegible] de la Vega S.C.W. du Rothschild-von Hapsburg-von Gustafson since 1955; and, my (3) children, since 1991 (RTA) (SP) BORDEN. KLEID. the balmoral gray tartan: ALSO CRIMES of HARVEST against my kennels, stables, aviaries, 'eminent peril' SHALL BE VERIFIED the deviousness thereof by REMEDY- a RELIEF- ACTUAL EXHIBIT [illegible] EXHIBIT issued 3/12/06 COST-CO SFCA monies... to oppose [illegible] EXHIBIT issued 3/12/06 DISPLAY, DISTURBED. my 1954 a 'focus' 500 sc. pour p52 DISPLAY, DISTURBED. my 1954 a 'focus' 500 sc- 500 p. 500 windows. foam- Cts. de la Vega... 2006, Nov. 12 SPAT. (12) cards... a sc. 'the, nymp'. mine. a, dart. BROWN, splenglers. marika: these issues MY FAME: [illegible] PIONEER established by TS. (M) 'serve all' ANDROEOV, as follows, attachments (10) pgs.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers): PART II.

This page may be used with any Judicial Council form or any other paper filed with the court. Page ______

480 Ellis St.
San Fran, Ca. 94102

(Serve all) ANDROPOV

my aunties Romanov BO KLEID-WIRES...
RE-SALE... tambien.

It is too bad, the costs of these postage endeavors is so prohibitive; and, that

QUEST
RESCUE
pour ABSOLUTE

IRAN BO

SENSITIVE

SENSITIVE

option-to-buy
in Good FAITH
security artifact
EXPOSURE (M)

MORE PERSONAL FILES, contrasts, dimensions, COPIES CORRESPONDENCE ie "Fluffy" (M) ONASSIS "found 'security-artifact' @ Holy Virgin Cathedral, S.F. Ca. nr. Christmas 2005" (w) combo address / telephone # in russian, eng. re: EXPOSURE - (SS) - canna, et al... pour Customs - Aeroflot specifically espionage info - contacts, references to Beatrice Maude's sister, Lucy Joughin (Xerox - Conn., Mass. USA) and (LBS) (.04)... it is appx 5" x 7 1/2" RED, gold lettering - dated applies vintage Prince Charles ART HEISTS, mine (DURER, GOYA, da Lumpika, WOOLF)" I AM OFFERING IT (2) 1 NA (2) show GOOD FAITH" for

SENSITIVE E/CONSENT Cowyn, Cowyn.

BLOODY SUNDAY Derry, PUTIN's (RR) Wales 'broken seals'

Respondez pour HRH Rose S.C.W. du Rothschild Bank of England 250 mil jap yen + ② KENT Balmoral Gray, SCOTLAND

carte
SORBONNE
PRADO

~NOTICE of ACHIEVEMENT~

ACCOMPLISHMENT PENDING SCIENTIFIC RELIEF per REMEDY, SUM HIV infection, viral — COMPLETE folio, signe per serum mino r2... utilizing stem-cell proteins FORMULAC... THIS DAY June 5, 2006 @ Arlington Residence 480 Ellis Street San Francisco Calif. room 252, moi & Cta. de la Vega, Eswyn V.B.B. Jactos 1954... Focus 500sc. mentors: Rob Op ? Al Cir ? Feu A... did of my own effort, unaided by any other person(s)... write serum mino r2, Rx splice-replicate, which Rx formular-equation (which Rx) is in my own journal X: I wish the kindest future for all of us on this planet, Earth. Please accept my gratitude for any help given to me, prodigy; during these tragic decades of epidemic... herein find billet per my neccessary departure from Arlington Residence per SAFETY, SECURITY, and itemized Assist Monies, Patent Costs to facilitate immediate Exposé — Rx serum mino r2 CONGRATULATIONS! Eswyn o Rohan

© EVBB 2006, 5, 4 Billet Participatory (6) ACCESS ID.

SENSITIVE
TASS
Ⓜ 85 names Ⓚ

EOWYN V.O.B. EOWYN
This pg ONLY copi 8/08/06 11-20am
@ KINKOS Pine & Montgomery
SF CA

ANDROPOV
Holy Virgin Cathedral (
Christmas, 2005

U$A SS#
CA ID#

eo BCD
eo BCD

useage EO → example: "5915" PP Charles
Serve all M ANDROPOV TS. gland.

TRAVEL BARGAINS
Plymouth Meeting, PA
800
872-8385

Rev. Gregory Telepneff
91 Lakeshore Court
Richmond CA 94804

LOCAL ARTIST:
Joanna Zjawinska

TWA

BISHOP TIKHON
OCA

STOP & GO

5915

Pacifica

Serve all
GREECE, HRH ROSE
SCW. DU ROTHSCHILD
5890315

(M) ARTIFACT, Pioneer (T-K2) WYING of the WORLD

August 8, 2006

from: EDWYN, HRH Romanov fre PIONEER, JACTOS 1954
Cto. de la Vega
480 Ellis Street
San Fran, Ca. 94102

to U.N. Missions (SP)
(United Nations)
named herein:

Please find attached copi (2) of "SERVE-ALL" pgs. (2) from (SS)-canna exposure (M) security artifact

IRAN
Persia pour Tehran

entries, notes concurrent several decades to ISOLATION BANKING canna, int'l... references: Aeroflot fertilizer, Frey, Railroad Ave (FATE) therein @ THE NEW YORKER, NATO, Serbia, LAKE - Bloody Sunday: ie. "plumber?... XEROX (BM) (LBS) (.04) (HMCI) SERVES ALL.
This artifact (M) LIVE compiled reference Romanov is for SALE & RESALE increasing its SENSITIVITY. I will not accept less than $500,000.00 U$A, convertible to drachma gsk... EURO $ NOT WELCOME HERE. This OFFER-GOOD until September 27, 2006.
Please sign duplicate, as artfully as qualified nations listed, are members United Nations ie. U.N., New York: and, return to me, EDWYN, EDWYN, Cto. de la Vega ASAP, you receive these copi... normal to U$A Post. by PIONEER Thank you, Edwyn o Rohan

IRAN



'broken-seals'

( ) see this (Spec) page: WINGs of the WORLD
Security art fact

Kenneth Landers "Karl" John Mark Karr
(R) Auburn SF CA Minna-Bonet Bust 6/8/16/06

this SPEC D indicates a incurable psychopath

continuous grift (Spec) Richard Cooper
1992 — 2003, 4, 5, 6
MUNI Fillmore/Haight
Geary Blvd C.C. 14th/Duboce

[illegible]

TRANSMISSION VERIFICATION REPORT

copi

TIME : 09/27/2006 13:38

| | | |
|---|---|---|
| DATE,TIME | | 09/27 13:35 |
| FAX NO./NAME | FTB - Mr. Ambrose SACTO RESPONSE | 19163242618 |
| DURATION | | 00:02:40 |
| PAGE(S) | | 03 |
| RESULT | | OK |
| MODE | | STANDARD ECM |

1980 1957 LINN

SP TK2 cards

WINGS of the WORLD security artifact BO

your THC note back mail succeeded to give smoking SS mail your THC had caused SSI chk to be discontinued. (i) to alert P.O. USA to discont. mail @ THC - another copi (ii) Heather Allen letter: DAZ: SSI chk Oct. '06 arrived 9/27/06 all res': blue envelope marked: RECEIPENT DECEASED

[illegible]

serums extensive © ENBB 9/27/2006



U.S. Postal Service "Delivery Confirmation" Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0306 1070 0003 5044 2601

SAN FRANCISCO, CA 94115 STEINER ST STA — NOV - 2 2006 — USPS — Postmark Here

POSTAL CUSTOMER: Keep this receipt. For Inquiries: Access internet web site at www.usps.com® or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

- [x] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [ ] Package Services parcel

(See Reverse)

PS Form 152, May 2002

GAVIN NEWSOM, MAYOR

ARMINA BROWN
MAYOR'S OFFICE MANAGER

OFFICE OF THE MAYOR
CITY HALL, ROOM 200
1 DR. CARLTON B. GOODLETT PL
SAN FRANCISCO, CA 94102

T 415.554.6141
F 415.554.6160 FAX
E nina.brown@sfgov.org

Nydia Gonzalez

(554-6141

Ammiano - 819313
delivered 11/15/06

DALY - 819278
819279
delivered 11/13/06

Mayor's Off
'broken-seals'

Wings of the World Fuels
HAZARD
postal receipt
pour
Nov. Security PEER Journal
@ receipt Ⓜ ANDROPOV serves all TS.
U$A Post, Post OFF

9/14/06 via U$A post
security album
(you have this Receipt 9/14/06)

You: attaché, diplomatic @ UN GREECE)

you have my permission

if you cannot prove, approve AUTHENTICITY of the Ⓜ ANDROPOV serve all — security album

specter aEOR

holy virgin cathedral

please transfere, this Ⓜ serve all security artifact - Album
to Russian Federation @ U.N. Security Council - then
the LIEN transferes to Ⓜ FBS - FSS - PUTIN, Pioneer specter

Wings of the WORLD BO

peer report

JANUARY 2007 a

jactos, E=mc2

tu' UNITED NATIONS
charter member
General Assembly
GREECE

moi a Cto. de la Vega
refer to same address
c/o Arlington Residence
SF CA USA... even
if forwarding of
my mail should
occur, pour relocation

·NOTICE·OF·
·AUTHENTICITY·DUE·

freRe S. C. W. de la Vega von
Gustafson du Rothschild
N.R.H Cowyn...
Pioneer, Estary

(M) serves all GREECE
security artifact
holy virgin cathedral... Sept. 14, 2006: otherwise,
this·NOTICE·OF·AUTHENTICITY·DUE· is transformed
as: freRe S. C. W. von Gustafson NOTICE·OF·LIEN...
DESIRE DESIRE DESIRE DESIRE DESIRE DESIRE
the accounted sum: $500,000 — (USA) easily con-
vertible by drachma, one-half ie. $250,000 (USA)
DUE moi & peer-of-the-realm: GREECE IMMEDI-
ATELY OF THE DATE OF THIS PEER REPORT----
January 1, 2007... obviously, I never fail, The essential,
Cowyn of Rohans

sent 12/1/06 3) Greece

copy " " 2) Russian Fed UN Sec Coun

transfer to Russ UN Sec Coun if Greece cannot prove, approve AUTHENTICITY LIEN transfere [illegible] (M) artifact to Russia - PUTIN

from (M) serve all 3 2007 (E) © EVBBa foam.
LIEN: $ 500, 1000 USA ∘ (M) PUTIN

cc: Ms. S. Royal (E) @ U.N. FRANCE
© EVBBa 2007

...signifies how lost is Calif. cause: its own future... as it conts. status-quo. ...hat, it is not my inclination to participated in political debate, as unloved, unappreciated, as I feel in CALIF... early all my life; but the (SP) BORDEN. to involvement ill-perceived USA.) so consumant of racial cleansing (w) attendant riots, gangland, ... that, if hadn't finally made a secession ...ech... my neighbors' probably ...uld have killed moi a - axe-murdered! not!

...lo not have any plans to draw-up plans, ...TS OF EXAM dues & DEGREES = ENQUISITION Calif. from WASH DC, that force us ...th DEGREES = WAR ... to establish ... AT: SECESSION; but, I promised ...yone listening, "I would give ...all interested in secession... 3 months present your briefs to me!" ... to ...e my participation, under what ...e of ability, "etc", "etc, etc." i.e. "etc. etc. etc." *

EVBBa ©2007

...om "the KING & I" ... the story of my ...: "

regarding social change(s) and cannabis: does cannabis actually "alter moods", as can be considered (a "mind-altering")... a "mood-altering substance"?

well, it depends how you perceive stimuli. for instance, how one perceives a candle... even, the flame of a candle... comparatively to how one perceives an electric light, a light bulb ... is not an issue of social change. god forbid how a gang might receive a candle! a gang's perceptions are totalitarian, a unified, selfish hell... what a gang might do with a candle i.e. satanic sacrifice of your pets, babies, and pregnant women, hardly justifies discussions of social change; as created by useage of mood altering substances. gangsters are moodless! but, deprive peoples in-reaction to gangs, who are themselves, competent persons... esp. the intelligensia... and, social change will become a painful thing: as these 'resistance populace' need RELIEF FROM GANGS, UPSTARTS, VILLAINS, ETC... A L W A Y S ! (...)



Superior Court of California,
County of San Francisco
Civil/Small Claims

Jun-06-2007 W1007606F019 DSTEPPE
14:27:40

CASE NUMBER: CGC-07-464019

EOWYN VBR CTS DE LA VEGA VS. ST. VINCENT DE PAUL SOCIETY et al

CIVIL COMPLAINT/PETITION/OTHER FIRST PAPER

FILED BY

COURT APPEARANCE SCHEDULED FOR
FRIDAY, NOV 09, 2007 AT 9:00 AM
IN COURTROOM 212,
CIVIC CENTER COURTHOUSE

FEE: $0.00 PAID BY IFP
FEE: IFP

THANK YOU

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
EDWYN, CTS. de la Vega (Cwbb)
480 Ellis Street. #258
San Francisco, CA, 94102

TELEPHONE NO.: N/A FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): in propia persona

FOR COURT USE ONLY

ENDORSED
FILED
San Francisco County Superior Court
OCT 0 2 2007
GORDON PARK-LI, Clerk
BY: MARY ANN MORAN
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: San Francisco, CA. 94102
CITY AND ZIP CODE:
BRANCH NAME: CIVIL-Treaty 9/9/1850 CALIF. REP.

PLAINTIFF/PETITIONER: EDWYN CTS. de la Vega (S.C.W. du Rothschild)
DEFENDANT/RESPONDENT: Bureau of Diplomatic Security - USA

DECLARATION

CASE NUMBER: CGC-07-464542

Be it known, hereen... as, COMPROMISE to SAFETY, is failed by defendant to lawsuit; (SP)BORDEN & BREAKAGE... this lawsuit is now portion to a COMPILATED-SERIES COMPLAINT(s) to DEFECTION; That, defendant has failed COMPROMISE... thus, putting a TS. plaintiffs LIFE in danger; "a crime against a scientist... punished by DEATH," GENEVA ACCORDS. As defendant(s) proceeded by INTIMIDATION i.e. tactics as to provoke civil complaint, by an a TS, scientist in propia persona... defendants' only cause to TRIAL (ADR) is to unlawfully defy legitimate DEFECTION PROCESSES; as to PROVOKE-DETERMINANT PRODUCTION, n-proliferation, and n-confrontation. Plaintiff hereen is yet agreeable to COMPROMISE; otherwise, the defendant(s) have lost the case, by defense... of DEFAULT... many times over. To force further courthouse procedures is to challenge the GENEVA ACCORDS. Plaintiff TS. a scientist, has the privilege to maintain absolute SILENCE @ originally scheduled (ADR) hearings-to-COMPLAINT(s); and, is not required to attend any others. foam.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/02/.007

Cwbb

EdwynCts.delaVega S.C.W. du Rothschild
(TYPE OR PRINT NAME)

Edwyn Cts. de la Vega S.C.W. du Rothschild
(SIGNATURE OF DECLARANT)

es officer, b. 2/26/51, BUCK.P. BO KLEID 5. #2, 5 actos. PIONEER. TASS. BATTENBERG.

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other (Specify): ICH DIEN.

American LegalNet, Inc.
www.USCourtForms.com

MC-031

| PLAINTIFF/PETITIONER: Edwyn Cts. de la Vega S.C.W. du Rothschild | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Bureau of Diplomatic Security - USA | CGC-07-464542 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

In summary, the auspices underwhich the court operates, known: the government of the United States of America... has failed SAFETY. That, my exercises on ETHICS, ADVANCED STUDIES, Opp. (Harvard Law School) seem to have had no affect whatsoever on the U.S.A. government; as to indicate that what was obscene before, is now CONSIDERATE ASSASINATION (SP) THREAT, by said government... against plaintiff... an a PRODIGY. Opp. and, peer-of-the-realm. My SAFETY, (life-style), is enslaved by forced poverty; my spiritual disciplines severely challenged, and denied. I protest herein that I am yet THREAT, by RAPE... by these AS. AS daily. That, American security forces yet proceed to fail to arrest, and prevent ACTS of CRIMINALITY, against me; and have conspired, perpetrated such crimes (as, sexual assault, RAPE) against me... is redundant of 53 years CLOAK-ID, by USA-adoption; as amounts to KIDNAPPING of an atomic prodigy. The filth of the ignorant language used upon my person, daily in San Francisco... is extremely traumatizing. The filth of the arrogant physical assaults upon my person here... is hiterlean, in porportions. That, defendants have no course of action but to suit their own governments... or, consider LOSS of government to them; by their own PUBSHIT manuevers to assasinate an atomic scientist. When the peoples of a nation practice such barbarity, as to amassé against a single individual, and her FAMILY, there is no hope for their government, NOR CAN THEY HAVE FAITH IN A FUTURE.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(PUBHST) also, to lose ...(goun.).. by defense of default © © EVBB a BHE. ISBN.

Date: 10/02/.007

CWBB

Edwyn Cts. de la Vega S.C.W. du Rothschild (TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

es officer, b. 2/26/57. BUCK, P. BO KLEIDT. WF2 - jactos. PIONEER. TASS. BATTENBERG.

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other (Specify): ICH DIEN.

American LegalNet, Inc. www.USCourtForms.com

SHORT TITLE: EDWIN CTS. de la Vega S.C.W. du Rothschild -Bureau of Diplomatic Security - SF Field Off. STATE DEPT

CASE NUMBER: CGC-07-464542

These lawsuits, courthouse 2 SFCA, were filed by plaintiff TS. a jactos as terms: ADVANCED STUDIES. ethics... to REMEDY: (SP) BORDEN (FA) atomic breakage; and, necessarily, viol. Treaty 9/9/1850 CALIF. REP. Diego de la Vega ie. WRONGFUL DEATH... and, resultant loss of ID. processes ICH DIEN; pertaintant, furthermore, to loss of employment Defendants have provoked DEFECTION, however... by failing com-PROMISE; whereby, they must confess to DEFAULT... by agree-ment to the GENEVA ACCORDS; that I presented a PROOF, a DISK @ courthouse.) Had COMPROMISE ensued, deductibles worldwide allowed that I should have SAFETY, by this point. Finally, I received THREAT letters from attys (CGC-07-464977, CGC-07-465718) which these attys. for defendants therein, filed @ courthouse... as DEMURRERS, DEMURRERS are not lawful or (SP) BORDEN 2 BREAKS. Since COMPROMISE was failed; and, DEMURRERS were filed (of a substantially SLANDEROUS charac-ter) against TS. a plaintiff: A DEFECTION-PROCESS was pro-voked by defendants. My a 'focus'; actos 1954 form. provided SECURITY COMPOSITION, BASIS: defection; monies for my re-turn to my residences in SHANG-HI: ASSURANCES, Albrecht Durer, Goya (de la Vega) mstrpcs. (2) and (2)-(2) c/a daily 250 mil jap yen Defendant (CGC-07-464499) is especially in DEFAULT (to DE-FECTION, now, also) for failure to return my ID. processes; ass'cd to my (2)-(2) c/a acct. (SWISS). Therefore, portion to my SECURITY COMPOSITION are processes whereby my entire... monies, banked in Switzerland (SAE, tambien) SHALL REMOVE to The BANKS of SHANG-HI.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers): as recommended: compilation series of COMPLAINTS - to Defection (SP)

This page may be used with any Judicial Council form or any other paper filed with the court.

SHORT TITLE: Edwin Cts, delaVega S.C.W. du Rothschild - Bureau of Diplomatic Security - SF Field Off. STATE DEPT | CASE NUMBER: CGC-07-464542

The court must agree that I am bereft actual citizenship guarantees... apparently, anywhere in the world... until I am rescued; or, safely resident, in Shang-hi. The court must agree that no person, who has suffered such VIOLENCE, as I have indicated in these COMPLAINTS ... can consider themselves assured of citizenship; That, I am an a scientist (CLOAK - TS. ADOPT.) causes the COMPLAINT, to be, more onerous. Therefore, as required, SUMMONS (to DISCOVERY) were sent to U.N. Security Council, by this plaintiff .. over 50; and that of these 50, SUMMONS... at least 1/3 were PATENT - to DISCOVERY, cooperative. BONDS against these COMPLAINTS - to - DEFECTION, may be placed by defendants, @ U.N. Security Council: esp. if defend. has COMPLAINT against another defend. ie. CGC-07-467167, HRH Prince Charles "Prince Charles" is sued: $444,444,444,444 USA. The bulk of these SERIES - to - DEFECTION COMPLAINTS is: $450, 249,451,944 USA total a FINES. The U.N. Secty-gen, and, U.N. Sec. Coun. as well as any other defend. herein this series, may also post BOND (@ collateral) against "Prince Charles". The remainder is yet: an amt. not affected by DEDUCTIBLE ie. cash monies owed to a TS. plaintiff. Follows list of COMPLAINTS: CGC-07-464019, CGC-07-464542, CGC-07-464499, CGC-07-464977, CGC-07-465569, CGC-07-465718, CGC-07-465720, CGC-07-465848, CGC-07-466746, CGC-07-466853, CGC-07-466851, CGC-07-466856, CGC-07-466858, CGC-07-467034, CGC-07-467128, CGC-07-467167. Failure to COMPROMISE SAFETY, can cause LOSS of BOND; and, arrest, prosecution for a BREAKS.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers): as Desired, COMPROMISE - to - DEFECTION, (SP) (R/A) BORDEN

This page may be used with any Judicial Council form or any other paper filed with the court. Page 2

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987] "Optional Form"
ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper
CRC 201, 501
American LegalNet, Inc.

MC-031

PLAINTIFF/PETITIONER: EDWYN Gs. delaVega (S.C.W. du Rothschild) CASE NUMBER:
DEFENDANT/RESPONDENT: BUREAU DIPLOMATIC SECURITY CGC-07-464542

DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

I am attaching hereing for appropriate agency inter-vention, in these DEFECTION-PROCESSES... Known as defendant: the USA STATE DEPARTMENT-Field Office, SanFrancisco BUREAU of DIPLOMATIC SE-CURITY... an atomic Treatise, titled: CHERNOBYL; as regards Desire #2 evaluation of n. reactor, INT'L INC, That, plaintiff (myself) is a T S. PIONEER 3. This Treatise: #CHERNOBYL, is my own effort; actually, the efforts of an a PRODIGY: E=mc2, atomic physicist, and, atomic scientist. This Treatise reflects sincerely the mentorship of my advisor @ ADVANCED STUDIES. Opp, Known: Dr. Edward Teller. Because Dr. Edward Teller (the Manhattan Project, Trinity) was my teacher, I am a registered: "atomic-scientist"... because, I can create. Because I was required (by #2) to facilitate structure; and, cooperated to manage ie. manually, (2) SAMPLE uraninium, enriched PROPERTY... 1954: This License-register is still 'atomic-scientist', on-file @ JACTOS, GENEVA; I.C.J., the HAGUE; gland, RUSSIA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: SEPTEMBER 30, 2-007

EdwynGs-delaVega (S.C.W. du Rothschild) Edwyn Gs. dela Vega (S.C.W. du Rothschild)

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

ADVANCED STUDIES Theoretical Physics
Harvard: Opp. Teller. E=mc2
Princeton: Dr. Albert Einstein - 1951 - 1954. DARE.

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other (Specify): ICH DIEN BHE

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

ATTACHED DECLARATION

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

n. reactor "CHERNOBYL" (E)-(C) EVBBa 9/30/2007

[illegible]

adimensions configurations, kanji

FILED
OCT - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EOWYN, CTS, DE LA VEGA,

Plaintiff,

v.

BUREAU OF DIPLOMATIC SECURITY, SAN FRANCISCO FIELD OFFICE, U.S. DEPARTMENT OF STATE

Defendant.

No. C 07-03619 WHA

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

ENTERED IN CIVIL DOCKET 10/01/07

Pro se plaintiff Eowyn, Cts. de la Vega seeks damages from the Bureau of Diplomatic Security, San Francisco Field Office, U.S. State Department ("BDS"), alleging that defendant "is responsible for grave bodily, emotional harm caused to me, by its failures to remedy (sp) Borden" (Notice of Rem. Exh. B at 2). This order DISMISSES this case on grounds of lack of subject matter jurisdiction and the failure to state a claim upon which relief can be granted.

Plaintiff filed the complaint in the Small Claims Division of the San Francisco Superior Court on June 4, 2007. When asked to provide a description of the case, plaintiff wrote: "violations of THE TREATY 9/9/1850 CALIF. REPUB. Signed: Diego de la Vega, known: ZORRO, have occurred PORTION to a BREAK.foam.JACTOS.(placebo) EXHIBIT monies issued 3/12/06 cost-co, SF CA. HAG 'the people lake' @ Arlington Residence 480 Ellis Street #254, SF CA ... a REAL + legacy of ZORRO: I am his heir: This bldg in processes of change in mgmt. The State of CALIF must remedy a BREAK, et al IMMED" (*id.* Exh. A at 5). Plaintiff

For the Northern District of California

also delivered to defendant incomprehensible handwritten statements with drawings and symbols (*id.* at 10–24). Aside from a four-page handwritten "letter regarding numerous issues from Eowyn Cts. De la Vega" filed on July 27, 2007, which was equally perplexing and incoherent, plaintiff has not produced any other supporting documents.

Despite an allegation of improper service under Federal Rule of Civil Procedure 4(i)(2)(B), the BDS removed the case on July 13, 2007. On July 17, 2007, the BDS moved for dismissal with prejudice based on lack of subject-matter jurisdiction under FRCP 12(b)(1) and for failure to state a claim under FRCP 12(b)(6). On July 24, 2007, the case was related to an earlier case plaintiff had against the federal government, which the Court had already dismissed with prejudice for lack of subject matter jurisdiction.

Pursuant to FRCP 12(b)(1), dismissal is appropriate when the Court lacks subject-matter jurisdiction. The Court is presumed to lack subject-matter jurisdiction unless the contrary is affirmatively demonstrated. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Read in plaintiff's favor, the complaint appears to allege various tort claims against the BDS. "Federal agencies cannot be sued *eo nomine* unless so authorized by Congress in explicit language." *Pink v. Modoc Indian Health Project, Inc.*, 157 F.3d 1185, 1188 (9th Cir. 1998) (internal quotations omitted). Tort claims against the United States only arise under the Federal Torts Claims Act, which provides a statutory waiver of sovereign immunity. 28 U.S.C. 1346(b). Federal agencies are not proper defendants under the FTCA; actions should be filed against the United States. 28 U.S.C. 1346(b), 2679(a). Although the judicial policy of treating pro se litigants leniently suggests allowing leave to amend, even the substitution of the United States as a defendant, would not cure the jurisdictional defects.

Section 2675(a) of the FTCA mandates that a claimant file a claim with the appropriate agency before a claimant may file a civil action. In response to a small-claims form question inquiring if plaintiff asked the defendants to pay her before filing suit, she checked the box indicating "yes" and wrote "I HAVE BEEN IN-LENGTHY REVIEW [circled] @ Bureau Diplomatic Security AS REGARDS.CLOAK.ADOPT.JACTOS. KLEID" (Notice of Rem. Exh.

B at 3). Plaintiff then checked the "no" box, indicating that she was not suing a public entity, and she wrote "KLEID" next to the "no" box (*id.*). Failure to exhaust administrative remedies prior to filing a civil action results in a lack of subject-matter jurisdiction by the district court. *See Meridian Int'l Logistics, Inc. v. United States*, 939 F.2d 740, 743 (9th Cir. 1991). Since plaintiff does not allege filing a written claim with the BDS, a public entity, she apparently has not met the exhaustion requirement. Because plaintiff has failed to exhaust her administrative claims, the Court lacks subject-matter jurisdiction.

Even if plaintiff had exhausted her administrative claims, dismissal would still be proper if plaintiff failed to state a claim under Rule 12(b)(6). A dismissal is appropriate where there is either a "lack of a cognizable legal theory" or "the absence of sufficient facts alleged under a cognizable legal theory." *Balistreri v. Pacifica Police Dept.*, 901 F.2d 696, 699 (9th Cir. 1990). In resolving a Rule 12(b)(6) motion, the court must construe the complaint in the light most favorable to the plaintiff, accept all well-pleaded factual allegations as true, and determine whether plaintiff can prove any set of facts to support a claim that would merit relief. *Cahill v. Liberty Mut. Ions. Co.*, 80 F.3d 3346, 337-38 (9th Cir. 1996). Here, plaintiff's complaint is completely incomprehensible. Even when construed in the light most favorable to the plaintiff, the fragmented sentences, symbols, and drawings do not come close to a cognizable legal theory nor do they represent facts alleged under a cognizable legal theory. Accordingly, the Court finds that plaintiff has failed to state a claim upon which relief can be granted.

## CONCLUSION

Because she is pro se, plaintiff must be given a chance to amend unless no type or degree of amendment would save her complaint. Here, the Court believes that no chance to amend need

United States District Court
For the Northern District of California






be given. Plaintiff's allegations make clear that none of her proffered theories will cure the jurisdictional defect. For that reason, the Court GRANTS defendant's motion to DISMISS WITHOUT LEAVE TO AMEND. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

**Orders on Motions**

3:07-cv-03619-WHA De La Vega v. Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of State

ADRMOP, E-Filing, ProSe, RELATE

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available*.**
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

---

The following transaction was received from entered on 10/1/2007 2:27 PM and filed on 10/1/2007

| | |
|---|---|
| **Case Name:** | De La Vega v. Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of State |
| **Case Number:** | 3:07-cv-3619 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
ORDER GRANTING DEFENDANT'S MOTION TO DISMISS by Judge Alsup granting [3] Motion to Dismiss (whalc2, COURT STAFF) (Filed on 10/1/2007)

**3:07-cv-3619 Notice has been electronically mailed to:**

Joann M. Swanson joann.swanson@usdoj.gov, lily.c.ho-vuong@usdoj.gov

us. dojo. gov, (Saeni) lily c. ho vuong.

**3:07-cv-3619 Notice has been delivered by other means to:**

Eowyn Cts. De La Vega
480 Ellis Street, #252
San Francisco, CA 94102

## Other Orders/Judgments

3:07-cv-03619-WHA De La Vega v. Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of State

ADRMOP, E-Filing, ProSe, RELATE

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available.***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

---

The following transaction was received from entered on 10/1/2007 2:29 PM and filed on 10/1/2007

| | |
|---|---|
| **Case Name:** | De La Vega v. Bureau of Diplomatic Security, San Francisco Field Office, U.S. Department of State |
| **Case Number:** | 3:07-cv-3619 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
JUDGMENT. Signed by Judge Alsup on October 1, 2007. (whalc2, COURT STAFF) (Filed on 10/1/2007)

**3:07-cv-3619 Notice has been electronically mailed to:**

Joann M. Swanson joann.swanson@usdoj.gov, lily.c.ho-vuong@usdoj.gov

**3:07-cv-3619 Notice has been delivered by other means to:**

Eowyn Cts. De La Vega
480 Ellis Street, #252
San Francisco, CA 94102

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\WHAALL\2007Civ\07-3619 Eowyn\order re dismissal.pdf
**Electronic document Stamp:**

COBRA

[STAMP CANDStamp_ID=977336130 [Date=10/1/2007] [FileNumber=3791658-0]

[6a8d12b7fe182e0be880b751b52569cac98121de7d6d0f04b42a0ef30ec76b7a78a95
741e2498af96eb456e955a36d6b1471d0ff544f208b5e6c22d6ba40e006]]

Kremlin
rice

My parents London phone # here in this BCCS - LOGO form. re - as surveilled by Mohammad Al-FAYED

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\WHAALL\2007Civ\07-3619 Eowyn\judgment.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/1/2007] [FileNumber=3791663-0]
[60db1169f401330fa62ceef1c9846b42aa576c9cfbd13ba9e644547ca43ebc21bad7d
2393661490e3d0e30209a006e4764c94b066fcea35ad8bc953c2c49fc51]]

BCD-BLOCK
rehabilitated fam.

GENEVA ACCORD

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EOWYN, CTS, DE LA VEGA,

Plaintiff,

v.

BUREAU OF DIPLOMATIC SECURITY et al,

Defendant.

Case Number: CV07-03619 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eowyn Cts. De La Vega
480 Ellis Street, #252
San Francisco, CA 94102

Dated: October 2, 2007

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOWYN, CTS. DE LA VEGA<br>Plaintiff,<br>v.<br>BUREAU OF DIPLOMATIC SECURITY, SAN FRANCISCO FIELD OFFICE, U.S. DEPARTMENT OF STATE,<br>Defendant. | No. C 07-5734 JL<br>Related to : C 07-3619 WHA<br>C 07-0062 WHA<br>**[PROPOSED] RELATED CASE ORDER**<br>(Local Rule 3-12, Local Rule 7-11) |

This matter having come before the Court on the Government's Administrative Motion to Consider Whether Cases Can Be Related, the Court finds that *De La Vega v. Bureau of Diplomatic Security, C 07-5734 JL*, is related to Plaintiff's earlier cases, *De la Vega v. Bureau of Diplomatic Security, et al.*, C07-3619 WHA and *De la Vega v. Department of Public Health, et al.*, C 07-0062 WHA.

All future filings are to bear the initials WHA immediately after the case number. All matters presently scheduled for hearing in the reassigned case is vacated and must be re-noticed for hearing before the undersigned

IT IS SO ORDERED.

DATED: November ____, 2007

WILLIAM ALSUP
United States District Judge