UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EOWYN, CTS. DE LA VEGA | ) | No. C 07-5734 JL |
| Plaintiff, | ) ) | Related to :   C 07-3619 WHA |
| v. | ) ) | C 07-0062 WHA |
| BUREAU OF DIPLOMATIC SECURITY, SAN FRANCISCO FIELD OFFICE, U.S. DEPARTMENT OF STATE, | ) ) ) ) | **[PROPOSED] RELATED CASE ORDER** |
| | ) | (Local Rule 3-12, Local Rule 7-11) |
| Defendant. | ) ) | |

This matter having come before the Court on the Government's Administrative Motion to Consider Whether Cases Can Be Related, the Court finds that *De La Vega v. Bureau of Diplomatic Security, C 07-5734 JL*, is related to Plaintiff's earlier cases, *De la Vega v. Bureau of Diplomatic Security, et al.*, C07-3619 WHA and *De la Vega v. Department of Public Health, et al.*, C 07-0062 WHA.

All future filings are to bear the initials WHA immediately after the case number. All matters presently scheduled for hearing in the reassigned case is vacated and must be re-noticed for hearing before the undersigned

IT IS SO ORDERED.

DATED: November ____, 2007

_____
WILLIAM ALSUP
United States District Judge

(Proposed) Related Case Order
C 07-5734 JL, C07-3619 WHA and C 07-0062 WHA

**CERTIFICATE OF SERVICE**

**De La Vega v. Bureau of Diplomatic Security, et al.**
**C07-5734 JL Related to C07-3619 WHA & C07-0062 WHA**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] RELATED CASE ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

   X   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

   ___ CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

   ___ PERSONAL SERVICE (BY MESSENGER)

   ___ FEDERAL EXPRESS via Priority Overnight

   ___ EMAIL

   ___ FACSIMILE (FAX)

to the party(ies) addressed as follows:

Eowyn Cts. de la Vega, Pro Se
480 Ellis Street #258
San Francisco, CA 94102
PH: 415.202.9800

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 20, 2007 at San Francisco, California.

                                            /s/
                                         LILY HO-VUONG
                                         Legal Assistant

(Proposed) Related Case Order
C 07-5734 JL, C07-3619 WHA and C 07-0062 WHA