UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


EOWYN CTS DE LA VEGA,

           Plaintiff,

  v.

BUREAU OF DIPLOMATIC SECURITY et al,

           Defendant.

_____/

Case Number: CV07-05734 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Eowyn CTS. De la Vega
480 Ellis Street, #258
San Francisco, CA 94102

Dated: December 3, 2007

                        Richard W. Wieking, Clerk
                        By: Dawn Toland, Deputy Clerk