1
2
3
4
5
6
7
8
9

**United States District Court**
For the Northern District of California

10   EOWYN CTS DE LA VEGA,                          No. C 07-05734 WHA

11              Plaintiff,

12      v.                                          **JUDGMENT**

13   BUREAU OF DIPLOMATIC SECURITY, SAN
     FRANCISCO FIELD OFFICE, U.S.
14   DEPARTMENT OF STATE

15              Defendant.

16   _____/

17          For the reasons stated in the accompanying order dismissing this action], **FINAL**

18   **JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff.  The Clerk **SHALL**

19   **CLOSE THE FILE**.

20

21          **IT IS SO ORDERED.**

22

23   Dated:  December 3, 2007.                   _____
                                                 WILLIAM ALSUP
24                                               UNITED STATES DISTRICT JUDGE

25
26
27
28